# EXHIBIT 1



Check out our new affordable subscription plans at
iDocket.com

View Case Track™  Start Case Track™

Civil Docket; Case D-1-GN-21-006932; Other Injury or Damage
Dba. Tonya Williams-Wallace dba Operations Manager, AM OPs 1,State of Texas,Jo Ali TR vs. DBA MR
MILLER,BUREAU OF CONSULAR AFFAIRS,INTERNAL REVENUE SERVICE
Filed 11/22/2021 - Disposition:
53rd District Court, District Clerk, Travis County, Texas

Help

| Date | Description/Comments | Reference | Typ | Amount |
|------|----------------------|-----------|-----|--------|
| 11/22/2021 | ORIGINAL PETITION/APPLICATION (OCA) WRIT OF QUO WARRANTO | | " | .00 |
| 11/22/2021 | STATEMENT OF INABILITY TO AFFORD COSTS AFF INABILITY BureauIRS | | " | .00 |
| 11/29/2021 | NOTICE RE: NOTICE TO AG OFFICE | | " | .00 |
| 11/29/2021 | BOND DOCUMENT/SUPERSED/SURETY BOND - RELATOR | | " | .00 |
| 12/03/2021 | OTHER VERIFICATION | | " | .00 |
| 12/03/2021 | OTHER PROPOSED ORDER | | " | .00 |

© 1999 Solutions, Inc. All rights reserved.                         User ID: USATTORNEY
Unauthorized access is prohibited. Usage will be monitored.          Viewed as of: December 8, 2021, time: 07:49:10
Agreements

11/22/2021 4:32 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-21-006932
Victoria Benavides

D-1-GN-21-006932

NO. _____

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | 53RD, DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | |
| | § | DISTRICT COURT |
| Bureau of Consular Affairs; | § | TRAVIS COUNTY, TEXAS |
| Dba. Ian G. Brownlee dba Principal Deputy Assistant Secretary | § | |
| Social Security Administration; | § | |
| Dba. Mr Miller dba Supervisor; | § | |
| Internal Revenue Service; | § | |
| Dba. Tonya Williams-Wallace dba Operations Manager, AM OPs 1; | § | |
| Defendant(s) | § | |

**WRIT OF QUO WARRANTO**

**COMES HERE NOW**, Jo Ali TR, 1st lienholder estate beneficial owner of the spiritual religious' McGee, Joanthony Dba. JOANTHONY LANARD MCGEE (hereinafter Relator), who claim his Country by Treaty, Authenticated THE PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA from March 1933 to June 1934, Volume XLVIII, pages 484 through 487, TREATY WITH MOROCCO, September 16, 1836 (hereinafter *Treaty*), attached and incorporated herein by reference as Exhibit 1; is Moor/America's Aborginal national and not an United States Citizen or United States National, who REQUEST an issuance of WRIT OF QUO WARRANTO for Attorney General; As believed, the Bureau of Consular Affairs; Principal Deputy Assistant Secretary; Social Security Administration; Dba. Mr Miller dba Supervisor; Internal Revenue Service; and Dba. Tonya Williams-Wallace dba Operations Manager, AM OPs 1 actions were unlawful; and does or omits an act that requires a surrender or causes a forfeiture of its rights and privileges as a corporation; and if a public officer does an act or allows an act that by law causes a forfeiture of his office; are grounds of official misconduct and/or incompetency for remedy, to wit;

The Bureau of Consular Affairs; Principal Deputy Assistant Secretary; actions as evident, by acceptance of Postal Money Order 2565812166 and Certified Mail 7013 1090 0000 1939 7157 sent by Certified Mail 7013 1090 000 1938 7140 and failed to return the Department of State Authentication Certificate of AUTHENTICATED BOND RE326052391US No. 11683354 (hereinafter *Bond*); attached and incorporated herein by reference as Exhibit 2; and failed to return the Department of State *Certificate of Non Citizen Nationality*; only delineate(d) and certify(ed) in an United States passport (hereinafter *Passport*); as evidently accepted by UNITED STATES DEPARTMENT OF

STATE RECEIPT FOR PASSPORT SERVICES RECEIPT NUMBER: DA0071573124 AND UNITED STATES DEPARTMENT OF STATE PASSPORT WILL CALL PICKUP RECEIPT for APPLICANT: MCGEE, APPLICATION NUMBER: 551967033, BORN ON: SEP 06, 1970, ..WILL BE READY ON FRI. NOV 1 2019 1:30PM; attached and incorporated herein by reference as Exhibit 3; And

The Social Security Administration; Dba. Mr Miller dba Supervisor; actions accordingly to Public policy, failed to amend and/or addendum social security account number 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 per request via United States Postal Office Certified Mail 7018 1130 0002 3208 9656 and Domestic Return Receipt 9590 9402 4972 9063 6527 79 (hereinafter *NOTICE*), attached and incorporated herein by reference as Exhibit 4; And

The Internal Revenue Service; Dba. Tonya Williams-Wallace dba Operations Manager, AM OPs 1; issued Notice: CPZ1C; dated August 30, 2021; attached and incorporated herein by reference as Exhibit 5; had previously been contested, multiple times; And all actions, respectively, injured Joanthony McGee; And by *Treaty* Art. 4. & 7, page(s) 7 and 8, respectively; that this court, order its agents; to amend and/or addendum and exempt Social Security; Taxpayer ID number 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 and remove/offset lien heretofore and hereafter; throughout the Public databases; and order the Department of State to issue *Passport*; and return *Bond*; And provisions or other supplies shall be furnished without any interruption or molestation; And injury done, offending party, shall make good all damages; And therefore, grant monetary damages (*Bond*, page 18) of US$900,000.00 each, for injuries caused by Social Security Administration; Bureau of Consular Affairs; and Internal Revenue Service, permitted to and in name of relator; And send to: JO ALI TR, in care of 3839 MCKINNEY AVENUE, 155-2205, DALLAS, TEXAS, USA, today; as Relator's interest, honorably, aim for honorable commerce.

Wherefore premises considered, the Relator submits a bond and prays that Defendant(s) be cited to appear and answer, and that upon final trial or other resolution hereof, judgment be entered awarding TEXAS it's costs of prosecution, and awarding TEXAS such other relief to which it may be justly entitled.

Respectfully submitted,

By  /s/ jo Ali

JO ALI TR
℅ 3839 MCKINNEY AVENUE
155-2205
DALLAS, TEXAS, USA
JOALITRUST@GMAIL.COM

**Exhibit 1**

**Authenticated THE PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA from March 1933 to June 1934, Volume XLVIII, pages 484 through 487, TREATY WITH MOROCCO, September 16, 1836**



## LIBRARY OF CONGRESS

Office of Business Enterprises
Duplication Services Section

THIS IS TO CERTIFY that the collections of the Library of Congress contain a publication entitled **THE PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA from March 1933 to June 1934,** and that the attached photocopies from Volume XLVIII – the title page, the publisher's page, and pages 484 through 487 on which appears the TREATY WITH MOROCCO, September 16, 1836 – are a true representation from that work.

THIS IS TO CERTIFY FURTHER, that the publisher's page is marked with a Library of Congress Order Division stamp that bears the date Jan 28 1991.

IN WITNESS WHEREOF, the seal of the Library of Congress is affixed hereto on September 4, 2014.

Gregory T. Cooper
Duplication Services, Section Head
Office of Business Enterprises
Library of Congress

101 Independence Avenue, SE Washington, DC 20540–4917 Tel 202.707.5650 www.loc.gov; duplicationservices@loc.gov

# THE

# STATUTES AT LARGE

OF THE

## UNITED STATES OF AMERICA

FROM

### MARCH 1933 to JUNE 1934

CONCURRENT RESOLUTIONS
RECENT TREATIES AND CONVENTIONS, EXECUTIVE PROCLAMATIONS
AND AGREEMENTS, TWENTY-FIRST AMENDMENT
TO THE CONSTITUTION

———

EDITED, PRINTED, AND PUBLISHED BY AUTHORITY OF CONGRESS
UNDER THE DIRECTION OF THE SECRETARY OF STATE

———

## VOL. XLVIII

IN TWO PARTS

PART 1—Public Acts and Resolutions.

PART 2—Private Acts and Resolutions, Concurrent Resolutions
Treaties and Conventions, Executive Proclamations
and Agreements, Twenty-first Amendment to the
Constitution.

———

## PART 1

———

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1934



LIBRARY OF CONGRESS
6
JAN 2 8 1991
COPY........
ORDER DIVISION

KF50
.W5
vol 48, pt 1
Set 2
LLRR

The original of every act and joint resolution printed in this volume from page 1 to page 311, inclusive, has the following heading:

SEVENTY-THIRD CONGRESS OF THE UNITED STATES OF AMERICA;

AT THE FIRST SESSION,

BEGUN AND HELD AT THE CITY OF WASHINGTON ON THURSDAY, THE NINTH DAY OF MARCH, ONE THOUSAND NINE HUNDRED AND THIRTY-THREE

The original of every act and joint resolution printed in this volume from page 313 to page 1291, inclusive, has the following heading:

SEVENTY-THIRD CONGRESS OF THE UNITED STATES OF AMERICA;

AT THE SECOND SESSION,

BEGUN AND HELD AT THE CITY OF WASHINGTON ON WEDNESDAY, THE THIRD DAY OF JANUARY, ONE THOUSAND NINE HUNDRED AND THIRTY-FOUR

All bills and joint resolutions presented to the President of the United States bear the signatures of the Speaker (or of the Speaker *pro tempore*) of the House of Representatives and of the Vice President and President of the Senate (or of the President of the Senate *pro tempore*); those signatures accordingly appear on the originals of all acts and joint resolutions.

The signature of the President of the United States appears on the originals of all approved acts and joint resolutions.

The original of every act and joint resolution has endorsed thereon a certificate of origin, signed, as the case may be, by the Clerk of the House of Representatives or by the Secretary of the Senate and reading "I certify that this Act (or Joint Resolution) originated in the House of Representatives (or Senate)." The origin of each act and resolution contained in this volume is indicated in the margin at the beginning of each enactment; thus, for example, H.R. 1491 or H.J.Res. 75 indicates origin in the House of Representatives; and S. 598 or S.J.Res. 14 indicates origin in the Senate.



This volume is printed on acid free paper by
WILLIAM S. HEIN & CO., INC.

# TREATY WITH MOROCCO. (a)

Sept. 16, 1836.

Proclamation
of the President
of the U. S.,
an. 30, 1837.

In the name of God, the merciful and clement!



Abd
Errahman
Ibenu Kesham,
whom God
exalt!

Emperor's — seal.

PRAISE BE TO GOD!

This is the copy of the Treaty of Peace which we have made with the Americans and written in this book; affixing thereto our blessed seal, that, with the help of God, it may remain firm forever.

Written at Meccanez, the city of Olives, on the 3d day of the month Jumad el lahhar, in the year of the Hegira 1252.   (Corresponding to Sept. 16. A. D. 1836.)

Mutual agreement of the
parties to the
treaty.

ART. 1. We declare that both parties have agreed that this treaty, consisting of twenty-five articles, shall be inserted in this book, and delivered to James R. Leib, agent of the United States, and now their resident consul at Tangier, with whose approbation it has been made, and who is duly authorized on their part, to treat with us, concerning all the matters contained therein.

Neither party
to take commissions from an
enemy.

ART. 2. If either of the parties shall be at war with any nation whatever, the other shall not take a commission from the enemy, nor fight under their colors.

Persons, &c.
of one party,
captured in an
enemy's vessel,
to be released.

ART. 3. If either of the parties shall be at war with any nation whatever, and take a prize belonging to that nation, and there shall be found on board subjects or effects belonging to either of the parties, the subjects shall be set at liberty, and the effects returned to the owners. And if any goods, belonging to any nation, with whom either of the parties shall be at war, shall be loaded on vessels belonging to the other party, they shall pass free and unmolested, without any attempt being made to take or detain them.

Vessels to have
passports.

ART. 4. A signal, or pass, shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea; and if the commander of a ship of war of either party shall have other ships under his convoy, the declaration of the commander shall alone be sufficient to exempt any of them from examination.

Visit of vessels
at sea.

ART. 5. If either of the parties shall be at war, and shall meet a vessel at sea belonging to the other, it is agreed, that if an examination is to be made, it shall be done by sending a boat with two or three men only: and if any gun shall be fired, and injury done, without reason, the offending party shall make good all damages.

American citizens and effects
to be restored.

ART. 6. If any Moor shall bring citizens of the United States, or their effects, to his Majesty, the citizens shall immediately be set at liberty, and the effects restored; and, in like manner, if any Moor, not a subject of these dominions, shall make prize of any of the citizens

### TREATY WITH MOROCCO. 1836.

of America or their effects, and bring them into any of the ports of his Majesty, they shall be immediately released, as they will then be considered as under his Majesty's protection.

ART. 7. If any vessel of either party, shall put into a port of the other, and have occasion for provisions or other supplies, they shall be furnished without any interruption or molestation.

*Vessels in port to be supplied.*

ART. 8. If any vessel of the United States, shall meet with a disaster at sea, and put into one of our ports to repair, she shall be at liberty to land and reload her cargo, without paying any duty whatever.

*No duty in case of vessels putting in to repair.*

ART. 9. If any vessel of the United States, shall be cast on shore on any part of our coasts, she shall remain at the disposition of the owners, and no one shall attempt going near her without their approbation, as she is then considered particularly under our protection; and if any vessel of the United States shall be forced to put into our ports by stress of weather, or otherwise, she shall not be compelled to land her cargo, but shall remain in tranquillity until the commander shall think proper to proceed on his voyage.

*Stranded vessels to be protected.*

ART. 10. If any vessel of either of the parties shall have an engagement with a vessel belonging to any of the Christian Powers, within gun-shot of the forts of the other, the vessel so engaged, shall be defended and protected as much as possible, until she is in safety : and if any American vessel shall be cast on shore, on the coast of Wadnoon, or any coast thereabout, the people belonging to her, shall be protected and assisted, until by the help of God, they shall be sent to their country.

*Vessels engaged within gunshot of forts to be protected.*

ART. 11. If we shall be at war with any Christian Power, and any of our vessels sails from the ports of the United States, no vessel belonging to the enemy shall follow, until twenty-four hours after the departure of our vessels : and the same regulations shall be observed towards the American vessels sailing from our ports, be their enemies Moors or Christians.

*Enemy's vessels not allowed to follow for 24 hours.*

ART. 12. If any ship of war belonging to the United States, shall put into any of our ports, she shall not be examined on any pretence whatever, even though she should have fugitive slaves on board, nor shall the governor or commander of the place compel them to be brought on shore on any pretext, nor require any payment for them.

*Ships of war not to be examined in port.*

ART. 13. If a ship of war of either party shall put into a port of the other, and salute, it shall be returned from the fort with an equal number of guns, not more or less.

*Salutes to be returned.*

ART. 14. The commerce with the United States, shall be on the same footing as is the commerce with Spain, or as that with the most favored nation for the time being ; and their citizens shall be respected and esteemed, and have full liberty to pass and repass our country and seaports whenever they please, without interruption.

*American commerce on the most favored footing.*

ART. 15. Merchants of both countries shall employ only such interpreters, and such other persons to assist them in their business, as they shall think proper. No commander of a vessel shall transport his cargo on board another vessel ; he shall not be detained in port longer than he may think proper ; and all persons employed in loading or unloading goods, or in any other labor whatever, shall be paid at the customary rates, not more and not less.

*Employment of interpreters, &c.*

ART. 16. In case of a war between the parties, the prisoners are not to be made slaves, but to be exchanged one for another, captain for captain, officer for officer, and one private man for another ; and if there

*Exchange of prisoners.*

2 q 2

shall prove a deficiency on either side, it shall be made up by the pay-
ment of one hundred Mexican dollars for each person wanting. And
it is agreed, that all prisoners shall be exchanged in twelve months from
the time of their being taken, and that this exchange may be effected
by a merchant, or any other person, authorized by either of the parties.

**No compulsion in buying or selling.**

ART. 17. Merchants shall not be compelled to buy or sell any kind
of goods but such as they shall think proper: and may buy and sell all
sorts of merchandise but such as are prohibited to the other Christian
nations.

**No examination of goods on board, except, &c.**

ART. 18. All goods shall be weighed and examined before they are
sent on board; and to avoid all detention of vessels, no examination
shall afterwards be made, unless it shall first be proved that contraband
goods have been sent on board; in which case, the persons who took
the contraband goods on board, shall be punished according to the
usage and custom of the country, and no other person whatever shall
be injured, nor shall the ship or cargo incur any penalty or damage
whatever.

**No detention of vessels.**

ART. 19. No vessel shall be detained in port on any pretence what-
ever, nor be obliged to take on board any article without the consent of
the commander, who shall be at full liberty to agree for the freight of
any goods he takes on board.

**Disputes between Americans, &c. to be decided by the consul, &c.**

ART. 20. If any of the citizens of the United States, or any persons
under their protection, shall have any dispute with each other, the
consul shall decide between the parties; and whenever the consul shall
require any aid, or assistance from our Government, to enforce his deci-
sions, it shall be immediately granted to him.

**Killing, &c. punishable by the law of the country.**

ART. 21. If a citizen of the United States should kill or wound a
Moor, or, on the contrary, if a Moor shall kill or wound a citizen of the
United States, the law of the country shall take place, and equal justice
shall be rendered, the consul assisting at the trial; and if any delinquent
shall make his escape, the consul shall not be answerable for him in any
manner whatever.

**Persons dying intestate; care of their effects.**

ART. 22. If an American citizen shall die in our country, and no
will shall appear, the consul shall take possession of his effects; and if
there shall be no consul, the effects shall be deposited in the hands of
some person worthy of trust, until the party shall appear who has a
right to demand them; but if the heir to the person deceased be present,
the property shall be delivered to him without interruption; and if a
will shall appear the property shall descend agreeably to that will, as
soon as the consul shall declare the validity thereof.

**Residence of consul. [It is generally at Tangier.]**

ART. 23. The consul of the United States of America, shall reside
in any seaport of our dominions that they shall think proper: and they
shall be respected, and enjoy all the privileges which the consuls of any
other nation enjoy: and if any of the citizens of the United States shall
contract any debts or engagements, the consul shall not be in any
manner accountable for them, unless he shall have given a promise in
writing for the payment or fulfilling thereof; without which promise in
writing, no application to him for any redress shall be made.

**No appeal to arms until refusal of friendly arrangement.**

ART. 24. If any differences shall arise by either party infringing on
any of the articles of this treaty, peace and harmony shall remain not-
withstanding, in the fullest force, until a friendly application shall be
made for an arrangement; and until that application shall be rejected,
no appeal shall be made to arms. And if a war shall break out between
the parties, nine months shall be granted to all the subjects of both
parties, to dispose of their effects and retire with their property. And

it is further declared, that whatever indulgence, in trade or otherwise, shall be granted to any of the Christian Powers, the citizens of the United States shall be equally entitled to them.

ART. 25. This treaty shall continue in force, with the help of God, for fifty years; after the expiration of which term, the treaty shall continue to be binding on both parties, until the one shall give twelve months' notice to the other, of an intention to abandon it; in which case, its operations shall cease at the end of the twelve months.

*Consulate of the United States of America.*
*For the Empire of Morocco.*

TO ALL WHOM IT MAY CONCERN.

Be it known. Whereas the undersigned, James R. Leib, a citizen of the United States of North America, and now their resident consul at Tangier, having been duly appointed commissioner, by *letters patent*, under the signature of the President and seal of the United States of North America, bearing date, at the city of Washington, the 4th day of July A. D. 1835, for negotiating and concluding a treaty of *peace and friendship* between the United States of North America and the Empire of Morocco; I, therefore, James R. Leib, Commissioner as aforesaid, do conclude the foregoing treaty and every article and clause therein contained; reserving the same, nevertheless, for the final ratification of the President of the United States of North America, by and with the advice and consent of the Senate.

In testimony whereof, I have hereunto affixed my signature, and the seal of this consulate, on the 1st day of October, in the year of our Lord one thousand eight hundred and thirty-six, and of the Independence of the United States the sixty-first.

JAMES R. LEIB, (L. S.)

GENERAL CONVENTION OF PEACE, FRIENDSHIP, COMMERCE, AND NAVIGATION,

*Between the United States of America and the Peru-Bolivian Confederation.*

THE United States of America and the Peru-Bolivian Confederation, desiring to make firm and permanent the peace and friendship which happily subsist between them, have resolved to fix, in a clear, distinct, and positive manner, the rules which shall, in future, be religiously observed between the one and the other, by means of a treaty, or general convention of peace, friendship, commerce, and navigation.

For this desirable purpose, the President of the United States of America has conferred full powers on Samuel Larned, Chargé d'Affaires of the said States, near the Government of Peru; and the Supreme Protector of the north and south Peruvian States, President of the Republic of Bolivia, encharged with the direction of the foreign relations of the Peru-Bolivian Confederation, has conferred like powers on John Garcia del Rio, Minister of State in the Department of Finance

**Exhibit 2**

**AUTHENTICATED BOND RE326052391US No. 11683354**

**UCC FINANCING STATEMENT AMENDMENT**

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
JOANTHONY LANARD MCGEE 9722756345

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
JOANTHONY LANARD MCGEE
621 RICKEY CANYON AVE
Desoto, TX 75115
USA

**FILING NUMBER:** ██████0498
**FILING DATE:** 10/04/2020    08:07 PM
**DOCUMENT NUMBER:** 999840910003
**FILED:** Texas Secretary of State
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| ██████6703 | Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b and address of Assignee in item 7c and name of Assignor in item 9.
For partial assignment, complete item 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes. This Change affects ☐ Debtor or ☐ Secured Party of record. AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 7b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

8. ☑ **COLLATERAL CHANGE:** Also check one of these four boxes: ☑ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

AUTHENTICATED BOND RE326051391US No. 11683354

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | **McGee** | **Joanthony** | | |

10. OPTIONAL FILER REFERENCE DATA:
**Authenticated BOND**

FILING OFFICE COPY

NOTICE: THIS DOCUMENT
CONTAINS SENSITIVE DATA



# The State of Texas

### Secretary of State

I, David Whitley, Secretary of State of the State of Texas, DO HEREBY

CERTIFY that according to the records of this office,

## WILLIAM  RAMIREZ

was commissioned as a Notary Public for the State of Texas on August 8,

2018, for a term ending on August 8, 2022.

Issued: February 21, 2019
Certificate Number 11683354



_____

David Whitley
Secretary of State
GF/eg

## CONTRACT CASE NUMBER RE326052391US
# AFFIDAVIT

I Jo Ali, who is domicile of _____Dallas_____ County, State of _____Texas_____, personally appeared before the undersigned Notary Public, stand firmly on the facts recited in CONTRACT CASE NUMBER RE326O52391US affidavit attached, declare under penalty of perjury under the laws of united states of America that the foregoing instrument is true and correct;

Executed on February 21st 2019. By _____
<span>Authorized Representative</span>

STATE OF TEXAS
COUNTY OF DALLAS

The foregoing instrument is being presented and acknowledge before me this 21st day of _____February_____, 2019

_____
Notary Public

WILLIAM RAMIREZ
Notary Public, State of Texas
Comm. Expires 08-08-2022
Notary ID 131674320

TEXAS CONSTITUTION OF 1876 (as ratified without subsequent amendments)

BILL OF RIGHTS SEC. 24. The military shall at all times be subordinate to the civil authority.

Notice of Special Restricted Appearance: jo ali Beneficial Owner 1st
Lienholder of Joanthony Lanard McGee Estate dba Joanthony Lanard McGee©®™

OPPORTUNITY TO CURE

| | | |
|---|---|---|
| Mc Gee, Joanthony Lanard corp. Sole<br>Dba. Joanthony Lanard McGee | §<br>§<br>§ | |
| V. | §<br>§ | Case Number: RE326052391US |
| PUBLIC OFFICE HOLDERS<br>Dba. Greg Abbott dba Governor _Roledo_<br>Dba. Rondé Burgoa Pablos dba Secretary of State<br>Dba. Ken Paxton dba Attorney General<br>Dba. Steven Mnuchin dba Secretary<br>Dba. Joseph Otting dba Comptroller of the Currency<br>Dba. David J Kautter dba Acting Commissioner<br>Dba. Elaine Chao dba Secretary<br>Dba. Kirstjen Nielsen dba Secretary<br>Dba. Kevin K McAleenan dba Commissioner<br>Dba. David P Pekoske dba Administrator<br>Dba. Glenn Hegar dba Comptroller of Public Accounts<br>Dba. Michael Reissig dba Chief Clerk<br>Dba. Charles G. Cooper dba Executive Director<br>Dba. John Hellerstedt, MD dba Commissioner<br>Dba. Angela D Caesar dba Clerk of Court<br>Dba. Bill E Waybourn dba Tarrant County Sheriff<br>Dba. Marian Brown dba Dallas County Sheriff | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NOTICE OF MOTION AND<br>MOTION TO INTERVENE<br>WITH AN INJUNCTION |

NOTICE OF CONSTITUTIONAL CHALLENGE TO ALL TEXAS STATE
STATUTES WHERE

No general law affecting private rights, shall be varied in any particular case, by special legislation,
except with the free consent, in writing of all persons to be affected thereby; AND MOTION TO
INTERVENE WITH AN INJUNCTION FOR MY NAME MC GEE, JOANTHONY LANARD dba
JOANTHONY LANARD MCGEE

_WITH HONOR. TAKE NOTICE THAT pursuant to 1876 Texas Constitution (as ratified
without subsequent amendments) ARTICLE XVI. GENERAL PROVISIONS._

SECTION 1: Members of the Legislature, and all officers, before they enter upon the duties of their offices, shall
take the following oath or affirmation: "I, (........) do solemnly swear, (or affirm), that I will faithfully and
impartially discharge and perform all the duties incumbent upon me as ........, according to the best of my skill and
ability, agreeably to the Constitution and laws of the United States and of this State; and I do further solemnly
swear, (or affirm), that since the adoption of the constitution of this State, I, being a citizen of this State, have not
fought a duel with deadly weapons, within this State nor out of it, nor have I sent or accepted a challenge to fight a
duel with deadly weapons, nor have I acted as second in carrying a challenge, or aided, advised or assisted any
person thus offending. And I furthermore solemnly swear, (or affirm), that I have not directly, nor indirectly paid,
offered or promised to pay, contributed, nor promised to contribute any money, or valuable thing, or promised any
public office or employment, as a reward for the giving or withholding a vote at the election at which I was elected,
(or if the office is one of appointment, to secure my appointment.) So help me god."



RECEIVED
Mail Room

NOV - 5 2018

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia



### TEXAS CONSTITUTION OF 1876 (as ratified without subsequent amendments)
### BILL OF RIGHTS SEC. 24. The military shall at all times be subordinate to the civil authority.

Notice of Special Restricted Appearance: jo ali Beneficial Owner 1st
Lienholder of Joanthony Lanard McGee Estate dba Joanthony Lanard McGee©®™

## WITH HONOR. TAKE NOTICE THAT pursuant to 1876 Texas Constitution(as ratified without subsequent amendments) *ARTICLE III. LEGISLATIVE DEPARTMENT.*

SEC. 56. The Legislature shall not, except as otherwise provided in this Constitution, pass any local or special law authorizing: The creation, extension or impairing of liens; Regulating the affairs of counties, cities, towns, wards or school districts; Changing the names of persons or places; changing the venue in civil or criminal cases; Authorizing the laying out, opening, altering or maintaining of roads, highways, streets or alleys; Relating to ferries or bridges, or incorporating ferry or bridge companies, except for the erection of bridges crossing streams which form boundaries between this and any other State; Vacating roads, town plats, streets or alleys; Relating to cemeteries, graveyards or public grounds not of the State; Authorizing the adoption or legitimation of children; Locating or changing county seats; Incorporating cities, towns or villages, or changing their charters; For the opening and conducting of elections, or fixing or changing the places of voting; Granting divorces; Creating offices, or prescribing the powers and duties of officers, in counties, cities, towns, election or school districts; Changing the law of descent or succession; Regulating the practice or jurisdiction of, or changing the rules of evidence in any judicial proceeding or inquiry before courts, justices of the peace, sheriffs, commissioners, arbitrators or other tribunals, or providing or changing methods for the collection of debts, or the enforcing of judgments, or prescribing the effect of judicial sales of real estate; Regulating the fees, or extending the powers and duties of aldermen, justices of the peace, magistrates or constables; Regulating the management of public schools, the building or repairing of school houses, and the raising of money for such purposes; Fixing the rate of interest; Affecting the estates of minors, or persons under disability; Remitting fines, penalties and forfeitures, and refunding moneys legally paid into the treasury; Exempting property from taxation; Regulating labor, trade, mining and manufacturing; Declaring any named person of age; Extending the time for the assessment or collection of taxes, or otherwise relieving any assessor or collector of taxes from the due performance of his official duties, or his securities from liability; Giving effect to informal or invalid wills or deeds; Summoning or impounding grand or petit juries; For limitation of civil or criminal actions; For incorporating railroads or other works of internal improvements.  And in all other cases where a general law can be made applicable, no local or special law shall be enacted; *provided*, that nothing herein contained shall be construed to prohibit the Legislature from passing special laws for the preservation of the game and fish of this State in certain localities.

SEC. 57. No local or special law shall be passed, unless notice of the intention to apply therefor shall have been published in the locality where the matter or thing to be affected may be situated, which notice shall state the substance of the contemplated law, and shall be published at least thirty days prior to the introduction into the Legislature of such bill and in the manner to be provided by law. The evidence of such notice having been published shall be exhibited in the Legislature before such act shall be passed.

WITH HONOR, LET IT BE KNOWN THAT I Jo Ali, 1st lienholder of the 14 amendment person MC GEE, JOANTHONY LANARD corp. sole dba JOANTHONY LANARD MCGEE, did not consent for me or my private property to be a 14th amendment citizen of the U.S. OR the state of Texas OR any other state in writing or any other consent. Any assumed consent should be viewed as null and void, especially because this was executed when I was a minor/baby, and had not attained the age of majority. Any and all contracts such as the issuance of a birth certificate and/or social security number and/or state issued drivers license in the above mentioned names are deemed fraudulent. This issuance implies agreement under legal disability to contract. However, as a minor I was incapable of entering such a contract, as stated in the above mentioned 1876 Texas Constitution.

WITH HONOR, LET IT BE KNOWN THAT I Jo Ali Reserve my right to sue you and take lawful action against all within your agency and all contracted affiliates of your constituents for the use of my name or property "MC GEE, JOANTHONY LANARD dba JOANTHONY LANARD MCGEE" ens legis

**TEXAS CONSTITUTION OF 1876 (as ratified without subsequent amendments)**

**BILL OF RIGHTS SEC. 24. The military shall at all times be subordinate to the civil authority.**

Notice of Special Restricted Appearance: jo ali Beneficial Owner 1st
Lienholder of Joanthony Lanard McGee Estate dba Joanthony Lanard McGee©®™

WITH HONOR, LET IT BE KNOWN THAT the material facts giving rise to constitutional questions are as follows.

1. My *unalienable rights, protected by the 1876 Texas* Constitution (as ratified without subsequent amendments) and BILL OF RIGHTS 1876, the right to travel have been violated; the right to property have been violated; and the right to trade and commerce have been violated; multiple times in the past.

2. My *unalienable rights were violated; protected by the 1876 Texas* Constitution (as ratified without subsequent amendments) and BILL OF RIGHTS 1876 SEC. 9. The people shall be secure in their persons, houses, papers and possessions from all unreasonable seizures or searches, and no warrant to search any place, or to seize any person or thing, shall issue without describing them as near as may be, nor without probable cause supported by oath or affirmation.

3. My *unalienable rights were violated; protected by the 1876 Texas* Constitution (as ratified without subsequent amendments) and BILL OF RIGHTS 1876 SEC. 13. Excessive bail shall not be required, nor excessive fines imposed, nor cruel or unusual punishment inflicted. All courts shall be open, and every person for an injury done him in his lands, goods, person or reputation shall have remedy by due course of law.

4. My *unalienable rights were violated; protected by the 1876 Texas* Constitution (as ratified without subsequent amendments) and BILL OF RIGHTS 1876 SEC. 16. No bill of attainder, *ex post facto* law, retroactive law, or any law impairing the obligation of contracts shall be made.

5. My *unalienable rights were violated; protected by the 1876 Texas* Constitution (as ratified without subsequent amendments) and BILL OF RIGHTS 1876 SEC. 17. No person's property shall be taken, damaged or destroyed for or applied to public use without adequate compensation being made, unless by the consent of such person, and, when taken, except for the use of the State, such compensation shall be first made, or secured by deposit of money; and no irrevocable or uncontrollable grant of special privileges or immunities shall be made; but all privileges and franchises granted by the Legislature or created under its authority shall be subject to the control thereof.

**Notice of Estoppel and Stipulation of Constitutional Challenge to ALL TEXAS STATE STATUTES**

My *unalienable rights, protected by the 1876 Texas* Constitution (as ratified without subsequent amendments) and BILL OF RIGHTS 1876, the right to travel have been violated; the right to property have been violated; and the right to commerce have been violated; multiple times in the past.

My *unalienable rights were violated; protected by the 1876 Texas* Constitution (as ratified without subsequent amendments) and BILL OF RIGHTS 1876 SEC. 9. The people shall be secure in their persons, houses, papers and possessions from all unreasonable seizures or searches, and no warrant to search any place, or to seize any person or thing, shall issue without describing them as near as may be, nor without probable cause supported by oath or affirmation.

My *unalienable rights were violated; protected by the 1876 Texas* Constitution (as ratified without subsequent amendments) and BILL OF RIGHTS 1876 SEC. 13. Excessive bail shall not be required, nor excessive fines imposed, nor cruel or unusual punishment inflicted. All courts shall be open, and every person for an injury done him in his lands, goods, person or reputation shall have remedy by due course of law.

## TEXAS CONSTITUTION OF 1876 (as ratified without subsequent amendments)
### BILL OF RIGHTS SEC. 24. The military shall at all times be subordinate to the civil authority.
Notice of Special Restricted Appearance: jo ali Beneficial Owner 1st
Lienholder of Joanthony Lanard McGee Estate dba Joanthony Lanard McGee©®™

> My *unalienable rights were violated*; protected by the *1876 Texas* Constitution (as ratified without subsequent amendments) and BILL OF RIGHTS 1876 SEC. 16. No bill of attainder, *ex post facto* law, retroactive law, or any law impairing the obligation of contracts shall be made.

> My *unalienable rights were violated*; protected by the *1876 Texas* Constitution (as ratified without subsequent amendments) and BILL OF RIGHTS 1876 SEC. 17. No person's property shall be taken, damaged or destroyed for or applied to public use without adequate compensation being made, unless by the consent of such person, and, when taken, except for the use of the State, such compensation shall be first made, or secured by deposit of money; and no irrevocable or uncontrollable grant of special privileges or immunities shall be made; but all privileges and franchises granted by the Legislature or created under its authority shall be subject to the control thereof.

WITH HONOR, LET IT BE KNOWN THAT I DEMAND, JUDICIAL JURISDICTION OVER MY PROPERTY. I DEMAND, for to put the names Mc Gee, Joanthony Lanard dba Joanthony Lanard McGee and property Joanthony Lanard McGee II, Madison Kwinn McGee, Brianna Charisse Nicole Thomas, Michelle Shere Thomas, Tammy Denise Frenney ON THE DO NOT STOP/HINDER DO NOT DETAIN LIST AND RIGHT-TO-CARRY LIST FOR TEXAS, and all the OTHER STATES; AND AN EXEMPT TRAVELER ON THE TRUSTED TRAVELER, PRECHECK, GLOBAL ENTRY, NEXUS, SENTRI AND FAST LIST. I DEMAND, the REMOVAL of Civil Action Law Claim Office of the Attorney General Child Support Division Attorney General Case Number 0010308943 Cause Number 32429329499 and Tarrant county DOMESTIC RELATIONS OFFICE IV-D MONITORING PROGRAM AND COMMUNITY SUPERVISION TERMINATION. I DEMAND, immediate possession of Mc Gee, Joanthony Lanard dba Joanthony Lanard McGee and property Joanthony Lanard McGee II, Madison Kwinn McGee updated TEXAS Department of Health Services Vital Statistics Birth Long Form RACE/NATIONALITY STATUS CHANGE/AMENDMENTS as Moor/America's Aboriginal national from prior requests N459911, V835440 and F909759 ordered January 25, 2017 via Texas Vital Statistics website, February 13, 2018 via U.S.P.O. Registered Mail RE 326 052 140 US and application correction responded on March 28, 2018 via U.S.P.O. Certified Mail 7017 1000 0000 6956 0572. I DEMAND, all rights to create documents of travel of every kind whatsoever, including those signifying diplomatic status and immunity as a free, independent, and sovereign state-in-fact. I DEMAND, Wholly Owned Jo Ali TR Exempt Beneficial Owner for Pa Literary Ministerial Unincorporated Trust ON THE LIST AND CREDIT AS collective investment vehicle Non-REPORTING FOREIGN FINANCIAL INSTITUTION dba Moor Acquisitions with the Department of the Treasury (USDT), Department of Transportation (DOT), Office of Texas Secretary of State, Texas Comptroller of Public Accounts, Finance Commission of Texas and all agencies, respectively; for HONORABLE International, Interstate and/or Intrastate commerce; to entertain and to give aesthetic pleasure, lawfully; as this ORDER presented will serve as all IDENTIFICATION AND DOCUMENTATION for person to open and operate; exempt trust account(s), account(s) and/or subaccount(s) with FINANCIAL INSTITUTION and/or NON-BANK FINANCIAL INSTITUTION through it's executive officer(s) or banking officer(s) or subordinates; and thereafter or heretofore order currency Comptroller and/or banking Commissioner approve account(s) credit, loan(s) and/or extension(s) of credit; be limitless, exempt and without requirements upon registered bill(s) or instrument(s) presentment and/or deposit; as collateral; and deposit Reserve Credit upon order presentment or institution(s) request. I DEMAND, Order to be REDACTED lawfully. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I DEMAND, filed Order, FILED Exemplification of Document with US District Court for District of Columbia Clerk of Court. I DEMAND, full faith and credit. I DEMAND, any monopolize, or attempt to monopolize, or combine or conspire to restraint trade or commerce be punished by fine not exceeding $100,000,000 if a corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments. I reserve all my rights protected by the above said Texas Constitution and don't waive any part of my rights, therefore, abide by your oaths. I also have a $9 billion United States silver dollar lien on the names that are my property and there will be a charge of $900,000.00 against you and your agency and all contracted affiliates of your constituents, which this is your contract where you agree to pay this amount in gold or coins to me jo ali in the Name Joanthony Lanard McGee FOR THE TRESPASS of my unalienable rights, protected by the Texas Constitution of 1876.

**TEXAS CONSTITUTION OF 1876 (as ratified without subsequent amendments)**
**BILL OF RIGHTS SEC. 24. The military shall at all times be subordinate to the civil authority.**
Notice of Special Restricted Appearance: jo ali Beneficial Owner 1st
Lienholder of Joanthony Lanard McGee Estate dba Joanthony Lanard McGee©®™

**WITH HONOR, LET IT BE KNOWN THAT** *My unalienable rights were violated*; protected by The Texas Constitution 1876, SEC. 27. The citizens shall have the right, in a peaceable manner, to assemble together for their common good, and apply to those invested with the power of government for redress of grievances or other purposes, by petition, address or remonstrance.

**WITH HONOR, LET IT BE KNOWN THAT THIS IS A CONTRACT**, and your failure to answer and rebut this affidavit is acquiescence. You have **72 hours** upon receipt to reply, then this contract is law.

I Jo Ali, am of age of the majority and I stand firmly on the facts recited in this affidavit.

August 13ᵗᵈ, 2018 By _____ jₒ A(ͼ _____

Jo Ali, Registered Owner
OF MC GEE, JOANTHONY LANARD
Dba JOANTHONY LANARD MCGEE
% [25] HIGHLAND PARK VILLAGE, [100-444] (non-resident)
Near Dallas, Texas Republic [75205]
Without prejudice

STATE OF TEXAS
COUNTY OF DALLAS

The foregoing instrument is being presented and acknowledged before me this 13ᵗᵈ Day of

August _____ , 2018 By ____ jₒ A(ͼ _____

NOTARY SIGNATURE: _____

EVAN JSON OLDS
Notary Public, State of Texas
Comm. Expires 01-30-2022
Notary ID 131428052

# AFFIDAVIT OF NOTARY PRESENTMENT
## CERTIFICATION OF MAILING

State of Texas

county of Dallas

I, _Evan J. Olds_ a duly qualified Notary Public, in and for the state of Texas, county of Dallas, serving as a third party to the matter personally verified that these documents were placed in the envelope and sealed by me, for the sole purpose of certifying a response or want thereof, at the request of _____ did present on this _13th_, Day of _August_ 2018. These Documents were sent via U.S.P.O. REGISTERED Mail # RE 326 052 391 US signature confirmation return receipt to: Ken Paxton dba Attorney General 209 West 14th St., Austin, TX 78711

List of enclosed documents:

1 AFFIDAVIT OF NOTARY PRESENTMENT CERTIFICATION OF MAILING

2 NOTICE OF CONSTITUTIONAL CHALLENGE

3 CERTIFICATE OF SERVICE

I have hereunto set my hands and the seal of office on the date noted above:

REQUESTER SIGNATURE: _____

NOTARY SIGNATURE: _____

EVAN JSON OLDS
Notary Public, State of Texas
Comm. Expires 01-30-2022
Notary ID 131428052

TEXAS CONSTITUTION OF 1876 (as ratified without subsequent amendments)
BILL OF RIGHTS SEC. 24. The military shall at all times be subordinate to the civil authority.
Notice of Special Restricted Appearance: jo ali Beneficial Owner 1st
Lienholder of Joanthony Lanard McGee Estate dba Joanthony Lanard McGee©®™

### CERTIFICATE OF SERVICE

I Jo Ali, Living breathing sentient man for Mc Gee, Joanthony Lanard, corp. sole dba Joanthony Lanard McGee, is to
certify that I have this day served four of United States' Administrative Officers, nine of Texas' Administrative Officers
and two Corporate Administrative Officers with this Notice of estoppel and Constitutional Challenge to ALL Texas
STATUTES AND MOTION TO INTERVENE WITH AN INJUNCTION FOR Mc Gee, Joanthony Lanard, corp. sole dba
Joanthony Lanard McGee by REGISTERED MAIL, to ensure delivery to the following: this 8 Day of
_____ , 2018

**Greg Abbott dba Governor**
State of Texas The Capitol
1100 San Jacinto Blvd, Austin, TX 78701
(512) 463-2000
REGISTERED MAIL NUMBER: RE 326 052 374 US          7018 0680 0000 6127 4134

**Rolando Burgoa Pablos dba Secretary of State**
Texas Secretary of State – Agency #: 307
1019 Brazos Street, Austin, Texas 78701
(512) 463-5770
REGISTERED MAIL NUMBER: RE 326 052 388 US          RE 326 052 547 US

**Ken Paxton dba Attorney General**
Texas Attorney General – Agency #: 302
209 West 14th St., Austin, TX 78711
(512) 463-2100
REGISTERED MAIL NUMBER: RE 326 052 391 US          7018 0680 0000 6127 4141

**Steven Mnuchin dba Secretary**
Department of Treasury
1500 Pennsylvania Avenue, NW, Washington, DC 20220
(202) 622-2000
REGISTERED MAIL NUMBER: RE 326 052 405 US

**Joseph Otting dba Comptroller of the Currency**
Office of the Comptroller of the Currency
400 7th Street, SW, Washington, D.C. 20219
(202) 649-6800
REGISTERED MAIL NUMBER: RE 326 052 414 US

**David J Kautter dba Acting Commissioner**
Internal Revenue Service
1111 Constitution Avenue, NW, Washington, DC 20224
(202) 622-9511
REGISTERED MAIL NUMBER: RE 326 052 428 US

**Elaine Chao dba Secretary**
Department of Transportation
1200 New Jersey Ave, SE, Washington, DC 20590
(202) 366-4000
REGISTERED MAIL NUMBER: RE 326 052 431 US

TEXAS CONSTITUTION OF 1876 (as ratified without subsequent amendments)
BILL OF RIGHTS SEC. 24. The military shall at all times be subordinate to the civil authority.
Notice of Special Restricted Appearance: jo ali Beneficial Owner 1st
Lienholder of Joanthony Lanard McGee Estate dba Joanthony Lanard McGee©®™

Kirstjen Nielsen dba Secretary
Department of Homeland Security
3801 Nebraska Ave, NW, Washington, DC 20016
(631) 226-2796
REGISTERED MAIL NUMBER: RE 326 052 445 US

Kevin K McAleenan dba Commissioner
U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW, Washington, DC 20229
(202) 325-8000
REGISTERED MAIL NUMBER: RE 326 052 459 US

David P Pekoske dba Administrator
Transportation Security Administration
601 South 12th Street, Arlington, VA 20598-6002
(571) 227-2829
REGISTERED MAIL NUMBER: RE 326 052 462 US

Glenn Hegar dba Comptroller of Public Accounts
Texas Comptroller of Public Accounts
111 E. 17th St., Austin, TX 78774
(512) 463-4444
REGISTERED MAIL NUMBER: RE 326 052 476 US

Mike Reissig dba Chief Clerk
Deputy Comptroller and Chief Clerk – Agency #: 304
111 E. 17th St., Austin, TX 78774
(512) 463-4444
REGISTERED MAIL NUMBER: RE 326 052 480 US

Charles G Cooper dba Executive Director
Finance Commission of Texas
2601 North Lamar, Austin, Texas 78705
(512) 936-6222
REGISTERED MAIL NUMBER: RE 326 052 493 US

John Hellerstedt, MD dba Commissioner
Department of Health Services Vital Statistics
1100 West 49th Street, Austin, Texas 78756
(512) 776-7363
REGISTERED MAIL NUMBER: RE 326 052 502 US

Angela D Caesar dba Clerk of Court
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W., Room 1130, Washington D.C. 20001
(202) 354-3050
REGISTERED MAIL NUMBER: RE 326 052 516 US

Bill E Waybourn dba Tarrant County Sheriff
Tarrant County Sheriff's Office
200 Taylor Street – 7th Floor, Fort Worth, Texas 76196
(817) 884-3099
REGISTERED MAIL NUMBER: RE 326 052 520 US

TEXAS CONSTITUTION OF 1876 (as ratified without subsequent amendments)
BILL OF RIGHTS SEC. 24. The military shall at all times be subordinate to the civil authority.
Notice of Special Restricted Appearance: jo ali Beneficial Owner 1st
Lienholder of Joanthony Lanard McGee Estate dba Joanthony Lanard McGee©®™

**Marian Brown dba Dallas County Sheriff**
Dallas County Sheriff's Department
133 N. Riverfront Boulevard Dallas, Texas 75207
(214) 653-3462
REGISTERED MAIL NUMBER: RE 326 052 533 US

ALL RIGHTS RESERVED

Jo Ali, Registered Owner
OF MC GEE, JOANTHONY LANARD corp. Sole
Dba JOANTHONY LANARD MCGEE
% [25] HIGHLAND PARK VILLAGE, [100-444] (non-resident)
Near Dallas, Texas Republic [75205]
Without prejudice

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Greg Abbott dba Governor
1100 San Jacinto Blvd
Austin, TX 78701

9590 9402 2988 7094 2080 92

2. Article Number (Transfer from service label)

7018 0680 0000 6127 4134

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

TX Comptroller Mail

AUG 30 2018

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ken Paxton
Texas Attorney General
209 West 14th St
Austin, TX 78701

9590 9402 2988 7094 2080 54

2. Article Number

7018 0680 0000 6127 4141

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RECEIVED
MAILCENTER

AUG 30 2018

OFFICE OF THE
ATTORNEY GENERAL

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rolando Borzea Pablos dba
Secretary of State
1019 Brazos Street
Austin, TX 78701

9590 9402 2988 7094 2080 61

2. Article Number (Transfer from service label)

RE 326 052 547 US

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Comptroller Mail

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charles G Cooper dba
Executive Director Finance
Commission of Texas
2601 North Lamar
Austin, Texas 78705

9590 9402 3340 7227 9670 42

2. Article Number (Transfer from service label)
RE 326 052 493 US

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _RETURN TO SENDER_   ☑ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

_Dale McKenzie_

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

Dale McKenzie

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steven Mnuchin dba
Secretary Department of
Treasury
1500 Pennsylvania Avenue,
N.w. Washington DC 20220

9590 9402 3340 7227 9670 80

2. Article Number (Transfer from service label)
RE 326 052 405 US

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

RECEIVED
B106   OCT 11 2018   IRS-OSC
OGDEN UT

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David J Kautter dba
Acting Commissioner
IRS
1111 Constitution Ave NW
Washington DC 20224

9590 9402 3340 7227 9670 59

2. Article Number (Transfer from service label)
RE 326 052 428 US

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Received by the
Office

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

SEP 24 2018

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Glenn Hegar dba Comptroller
of Public Accounts, Texas
Comptroller of Public Accounts
111 E. 17th St.
Austin, TX 78774

9590 9402 3340 7227 9671 27

2. Article Number (Transfer from service label)
RE 326 052 476 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Edwin Hartshek_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Edwin Hartshek   C. Date of Delivery  SEP 17 2018

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mike Reissig dba Chief
Clerk Deputy Comptroller
and Chief Clerk-Agency #304
111 E. 17th St.,
Austin, TX 78774

9590 9402 3340 7227 9671 34

2. Article Number (Transfer from service label)
RE 326 052 480 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Edwin Hartshek_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Edwin Hartshek   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kevin K McAleenan dba
Commissioner U.S. Customs
and Border Protection
1300 Pennsylvania Ave. NW
Washington DC 20229

9590 9402 3340 7227 9670 35

2. Article Number (Transfer from service label)
RE 326 052 459 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _McDonald_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
McDonald   C. Date of Delivery  9/28/18

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Insured Mail
Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kelly Rowe dba Lubbock
County Sheriff
712 Broadway
Lubbock TX 79401

9590 9402 3549 7305 7736 87

2. Article Number (Transfer from service label)
RE 326 052 581 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name) RAY STONE C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SEP 28 2018

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Onur Genc dba CEO
BBVA Compass Bancshares
Inc. Post Oak Blvd
Houston Texas 77056

9590 9402 3549 7305 7737 00

RE 326 052 555 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name) C. Date of Delivery
10-01-18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Timothy J. Sloan dba
CEO Wells Fargo Bank
NA.
420 Montgomery Street
San Francisco CA 94104

9590 9402 3549 7305 7661 22

2. Article Number (Transfer from service label)
RE 326 052 595 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X THAN OO ☐ Agent
☐ Addressee

B. Received by (Printed Name) than oo C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sally Hernandez dba Travis Sheriff
Travis County Sheriff's Office
5555 Airport Blvd
Austin, TX 78751

9590 9402 3438 7275 7868 66

2. Article Number *(Transfer from service label)*
RE 326 052 621 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
Iwa Herruta   11-5

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature   ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery   ☒ Registered Mail™
☐ Certified Mail®   ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery   ☐ Return Receipt for Merchandise
☐ Collect on Delivery
Delivery Restricted Delivery   ☐ Signature Confirmation™
ail   ☐ Signature Confirmation Restricted Delivery
Mail Restricted Delivery
(over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the Attorney General
Central File Maintenance
P.O. Box 12048
Austin, TX 78711-2048

9590 9402 3549 7305 7661 53

2. Article Number *(Transfer from service label)*
RE 326 052 618 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAILCENTER
NOV - 6 2018
OFFICE OF THE
ATTORNEY GENERAL

3. Service Type
☐ Adult Signature   Express®
☐ Adult Signature Restricted Delivery   ☒ Registered Mail™
☐ Certified Mail®   ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery   ☐ Return Receipt for Merchandise
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery   ☐ Signature Confirmation™
ail   ☐ Signature Confirmation Restricted Delivery
ail Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lauryl Blossom dba Child Support Officer
Tarrant Co Local Child Support Office
PO Box 161879
Ft Worth, TX 76161-1879
(817) 884-1475

9590 9402 3549 7305 7661 60

2. Article Number *(Transfer from service label)*
RE 326 052 649 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X NOV 1 6 2018   ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
NOV 1 6 2018

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Priority Mail Express®
☐ Adult Signature   ☒ Registered Mail™
☐ Adult Signature Restricted Delivery   ☐ Registered Mail Restricted Delivery
☐ Certified Mail®   ☐ Return Receipt for Merchandise
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery   ☐ Signature Confirmation™
ail   ☐ Signature Confirmation Restricted Delivery
ail Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

## Card 1 (top left)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Distric Court of Columbia 2000i

2. Article Number (Transfer from service label)

RE 326 052 516 US

9590 9402 3549 7305 7662 90

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

RECEIVED
NOV − 5 2018

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## Card 2 (middle left)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Hillerseleft, M.D. dba
Envisioncare Dept of Health
Uniled Slates Ustel Statistits
4th in West 4th Street
Washin, Texas 78756

2. Article Number (Transfer from service label)

RE 326 052 502 US

9590 9402 3340 7227 9670 73

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Barmy Guera ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Benny Guerra SEP 17 2018

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
($500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## Card 3 (top right)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Masan Brown dba
Dalles County Sheriff
133 N. Riverfront Blup
Dallas, Texas 75207

2. Article Number (Transfer from service label)

RE 326 052 533 US

9590 9402 3340 7227 9671 03

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
($500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## Card 4 (bottom right)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tracy Margarece dba
Denton County Sheriff
127 N. Woodrow Lane
Denton TX 76205−6357

2. Article Number (Transfer from service label)

RE 326 052 578 US

9590 9402 3549 7305 7661 39

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
($500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## Form 1

**A. TYPE OF SERVICE**

- ☐ Certified Mail™
- ☐ Collect on Delivery
- ☐ Priority Mail Express®
- ☑ Registered Mail™

**C. ARTICLE INFORMATION**

USPS Tracking Number
9590 9402 3340 7227 9670 66

Mailing Date (mm/dd/yy)
09/14/18

**B. ARTICLE ADDRESSED TO**

SECTION 2

Addressee Name
Joseph Otting dba Comptroller of the Currency

Addressee Address
400 7th Street, SW
(No., street, apt./ste. no.)

Washington, DC 20219
(City, state, ZIP Code)

**D. CUSTOMER**

Customer Name
McGee

Customer Address
C/o 621 Rickey Canyon Ave
(No., street, apt./ste. no.)

DeSoto, Texas
(City, state, ZIP Code)

E-mail address (Complete ONLY if an electronic inquiry)

**For Accepting or Delivery Office Use Only**

SECTION 3

Postal Service™ records show no delivery information because:

- ☐ Record not found
- ☐ Forwarded (date _____)
- ☐ Returned (date _____)

Delivered to the following individual, company or organization
W. Tent

Delivery Address (if different from address in section 2B)
OCC 20219

Delivery Date
09/21/2018

Delivery Office Postmark
DEC 12 2018

PS Form **3811-A**, April 2015 PSN 7530-02-000-9054

## Form 2

**A. TYPE OF SERVICE**

- ☐ Certified Mail™
- ☐ Collect on Delivery
- ☐ Priority Mail Express®
- ☑ Registered Mail™

**C. ARTICLE INFORMATION**

USPS Tracking Number
9590 9402 3340 7227 7171 10

Mailing Date (mm/dd/yy)
09/14/18

**B. ARTICLE ADDRESSED TO**

SECTION 2

Addressee Name
Elaine Chao dba Secretary

Addressee Address
1200 New Jersey Ave, SE
(No., street, apt./ste. no.)

Washington, DC 20590
(City, state, ZIP Code)

**D. CUSTOMER**

Customer Name
McGee

Customer Address
621 Rickey Canyon Ave
(No., street, apt./ste. no.)

DeSoto, Texas
(City, state, ZIP Code)

E-mail address (Complete ONLY if an electronic inquiry)

**For Accepting or Delivery Office Use Only**

SECTION 3

Postal Service™ records show no delivery information because:

- ☐ Record not found
- ☐ Forwarded (date _____)
- ☐ Returned (date _____)

Delivered to the following individual, company or organization
E. Hughes

Delivery Address (if different from address in section 2B)
20590

Delivery Date
09/21/2018

Delivery Office Postmark
DEC 12 2018

PS Form **3811-A**, April 2015 PSN 7530-02-000-9054

## Form 1

**A. TYPE OF SERVICE**

- ☐ Certified Mail™
- ☐ Collect on Delivery
- ☐ Priority Mail Express®
- ☒ Registered Mail™

**C. ARTICLE INFORMATION**

USPS Tracking Number

9590940229887094208078

Mailing Date (mm/dd/yy)
09 / 14 / 18

**B. ARTICLE ADDRESSED TO**

Addressee Name
Kristen Nielsen dba Secretary

Addressee Address
3801 Nebraska Ave, NW
(No., street, apt./ste. no.)

Washington, DC 20016
(City, state, ZIP Code)

**D. CUSTOMER**

Customer Name
M°Gee

Customer Address
4921 Rickey Canyon Ave
(No., street, apt./ste. no.)

DeSoto, Texas
(City, state, ZIP Code)

E-mail address (Complete ONLY if an electronic inquiry)

**SECTION 3**

For Accepting or Delivery Office Use Only

Postal Service™ records show no delivery information because:

- ☐ Record not found
- ☐ Forwarded (date _____)
- ☐ Returned (date _____)

Delivered to the following individual, company or organization
KARI LUSBY

Delivery Address (if different from address in section 2B)
Cads

Delivery Date
09 / 21 / 2018

Delivery Office Postmark
DESOTO TX POST OFFICE
DEC 12 2018
75115

PS Form **3811-A**, April 2015 PSN 7530-02-000-9054

## Form 2

**A. TYPE OF SERVICE**

- ☐ Certified Mail™
- ☐ Collect on Delivery
- ☐ Priority Mail Express®
- ☒ Registered Mail™

**C. ARTICLE INFORMATION**

USPS Tracking Number

9590940229887094208085

Mailing Date (mm/dd/yy)
09 / 14 / 18

**B. ARTICLE ADDRESSED TO**

Addressee Name
David Pekoske dba Administrator

Addressee Address
601 South 12th St
(No., street, apt./ste. no.)

Arlington, VA 20598-6002
(City, state, ZIP Code)

**D. CUSTOMER**

Customer Name
M°Gee

Customer Address
4921 Rickey Canyon Ave
(No., street, apt./ste. no.)

DeSoto, Texas
(City, state, ZIP Code)

E-mail address (Complete ONLY if an electronic inquiry)

**SECTION 3**

For Accepting or Delivery Office Use Only

Postal Service™ records show no delivery information because:

- ☐ Record not found
- ☐ Forwarded (date _____)
- ☐ Returned (date _____)

Delivered to the following individual, company or organization
KARI LUSBY

Delivery Address (if different from address in section 2B)
Cads

Delivery Date
09 / 21 / 2018

Delivery Office Postmark
DESOTO TX POST OFFICE
DEC 12 2018
75115

PS Form **3811-A**, April 2015 PSN 7530-02-000-9054

**A. TYPE OF SERVICE**

☐ Certified Mail™
☐ Collect on Delivery
☐ Priority Mail Express®
☑ Registered Mail™

**C. ARTICLE INFORMATION**
USPS Tracking Number
9590940233 40722 7967097
Mailing Date (mm/dd/yy)
09 / 14 / 18

**B. ARTICLE ADDRESSED TO**
Addressee Name
Bill Waybourn dba Sheriff
Addressee Address
200 Taylor Street - 7th Floor
(No., street, apt./ste.no.)
Fort Worth, Texas 76196
(City, state, ZIP Code)

**D. CUSTOMER**
Customer Name
McGee
Customer Address
621 Rickey Canyon Ave
(No., street, apt./ste. no.)
DeSoto, Texas
(City, state, ZIP Code)
E-mail address (Complete ONLY if an electronic inquiry)

**SECTION 3**
For Accepting or Delivery Office Use Only
Postal Service™ records show no delivery information because:
☐ Record not found
☐ Forwarded (date _____)
☐ Returned (date _____)

Delivered to the following individual, company or organization
RICK Barron
Delivery Address (if different from address in section 2B)
1001 E Wray
Delivery Date
09/17/2018

Delivery Office Postmark
DEC 12 2018

PS Form **3811-A**, April 2015 PSN 7530-02-000-9054

---

**A. TYPE OF SERVICE**

☐ Certified Mail™
☐ Collect on Delivery
☐ Priority Mail Express®
☑ Registered Mail™

**C. ARTICLE INFORMATION**
USPS Tracking Number
9590940235497305766146
Mailing Date (mm/dd/yy)
11/01/18

**B. ARTICLE ADDRESSED TO**
Addressee Name
Bill Waybourn dba Sheriff
Addressee Address
200 Taylor Street - 7th Floor
(No., street, apt./ste. no.)
Fort Worth, TX 76196
(City, state, ZIP Code)

**D. CUSTOMER**
Customer Name
McGee
Customer Address
c/o 621 Rickey Canyon Ave
(No., street, apt./ste. no.)
DeSoto, Texas
(City, state, ZIP Code)
E-mail address (Complete ONLY if an electronic inquiry)

**SECTION 3**
For Accepting or Delivery Office Use Only
Postal Service™ records show no delivery information because:
☐ Record not found
☐ Forwarded (date _____)
☐ Returned (date _____)

Delivered to the following individual, company or organization
RICK BARRON
Delivery Address (if different from address in section 2B)
1001 E. Wray
Delivery Date
11/02/2018

Delivery Office Postmark
DEC 12 2018

PS Form **3811-A**, April 2015 PSN 7530-02-000-9054

**Exhibit 3**

**UNITED STATES DEPARTMENT OF STATE RECEIPT FOR PASSPORT SERVICES RECEIPT NUMBER: DA0071573124 AND UNITED STATES DEPARTMENT OF STATE PASSPORT WILL CALL PICKUP RECEIPT for APPLICANT: MCGEE, APPLICATION NUMBER: 551967033, BORN ON: SEP 06, 1970, ..WILL BE READY ON FRI. NOV 1 2019 1:30PM**

UNITED STATES DEPARTMENT OF STATE
PASSPORT WILL CALL PICKUP RECEIPT

---

APPLICANT:                                    MCGEE
APPLICATION NUMBER:                       551967033
BORN ON:                              SEP 06, 1970

THE PASSPORT(S) FOR THE ABOVE MENTIONED
APPLICANT(S) WILL BE READY ON

           FRI. NOV  1 2019  1:30PM

AND MAY BE PICKED UP ANYTIME THEREAFTER DURING
AGENCY WILL CALL HOURS OF 2:30PM

       DO NOT APPEAR BEFORE YOUR PICK-UP TIME.

IF YOU WISH TO AUTHORIZE SOMEONE ELSE TO PICK UP
YOUR PASSPORT, PLEASE COMPLETE THE FOLLOWING
STATEMENT (IF THE AUTHORIZATION IS NOT COMPLETED
PROPERLY THIS WILL RESULT IN THE PASSPORT NOT
BEING RELEASED).

I, _____
          (Print Name of Passport Bearer)

AUTHORIZE _____
          (Print Name of Authorized Person)

TO PICKUP UP MY/OUR PASSPORT(S) OR DISCUSS THE
STATUS OF MY/OUR APPLICATION(S) WITH A MEMBER
OF THE PASSPORT SERVICES STAFF.

_____
(Signature of Passport Recipient)      (Date)

UPON RECEIPT OF PASSPORT(S), PASSPORT SERVICES
STAFF WILL REQUIRE THE RECIPIENT TO PROVIDE
IDENTIFICATION AND SIGN THE LINE BELOW. PLEASE
DO NOT SIGN THE LINE BELOW WITHOUT PASSPORT
SERVICES STAFF PRESENT.

_____
(Signature of Bearer OR Authorized Person)  (Date)

FOR MORE INFORMATION, CALL THE NATIONAL PASSPORT
INFORMATION CENTER AT 1-877-487-2778, EMAIL
npic@state.gov, OR VISIT
http://www.travel.state.gov

---

UNITED STATES DEPARTMENT OF STATE
RECEIPT FOR PASSPORT SERVICES

--------------TRANSACTION SUMMARY--------------
RECEIPT NUMBER                      DA0071573124
APPLICATIONS ACCEPTED                          1
DATE/TIME                       10/30/2019 10:47
WINDOW                              PPTDACTR6

                FEE SUMMARY
EXPEDITE                                   60.00
SECURITY SURCHARGE                         60.00
BOOK                                       50.00
CARD                                       30.00
EXECUTION                                  35.00
TOTAL FEES                                235.00

                PAYMENT RECEIVED
CASH                                       18.52
CHECK/MO                                  216.48
TOTAL PAYMENTS                            235.00

---

        INDIVIDUAL APPLICATION INFORMATION

APPLICATION    MCGEE                    551967033
  EXPEDITE                                 60.00
  SECURITY SURCHARGE                       60.00
  BOOK                                     50.00
  CARD                                     30.00
  EXECUTION                                35.00

FOR MORE INFORMATION, CALL THE NATIONAL PASSPORT
INFORMATION CENTER AT 1-877-487-2778, EMAIL
npic@state.gov, OR VISIT http://www.travel.state.gov

              NO REFUNDS AVAILABLE

                Customer Copy

MONEY ORDER RECEIPT - NON NEGOTIABLE

**Exhibit 4**

**United States Postal Office Certified Mail 7018 1130 0002 3208 9656 and
Domestic Return Receipt 9590 9402 4972 9063 6527 79**

7018 1130 0002 3208 9632
9590 9402 4972 9063 6528 23

## NOTICE

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT



RECEIVED

JAN 21 2020

BY:

McGee, Joanthony
dba JOANTHONY LANARD MCGEE
℅ 621 Rickey Canyon Avenue
DeSoto. Texas
joanthonymcgee@gmail.com

January 4, 2021

Social Security Administration
dba SOCIAL SECURITY
Mr Miller dba Supervisor
2475 Cliff Creek Crossing Dr
Dallas, Texas 75237
(866) 931-4958 Ext 21450

**2nd NOTICE TO AMEND OR ADDENDUM SOCIAL SECURITY 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 RECORD.**

Mr Miller,
         Hope you've had a wonderful holiday despite the pandemic that has changed everything forever. I, McGee, Joanthony dba JOANTHONY LANARD MCGEE, have made multiple attempts to ask you to immediately correct/amend/addendum JOANTHONY LANARD MCGEE's SOCIAL SECURITY status to **Moor/America's Aboriginal national**.

In reply to your agency's office, December 10, 2020 letter, stating: "..have not given (SOCIAL SECURITY) the document(s)...need to show identity" response to Form SS-5 (11-2019) UF OMB No. 0960-0066 (lawful noncitizen) application dated November 20, 2020; has left me, McGee, Joanthony to believe that JOANTHONY LANARD MCGEE is being discriminated against because of my religion and/or national origin.
I, McGee, Joanthony dba JOANTHONY LANARD MCGEE, am not a United States citizen (or United States National) and DID NOT establish(ed) United States citizenship with the Social Security Administration dba SOCIAL SECURITY and/or other contracts like i.e. birth certificate, as I was only a (baby) minor and unable to enter into these contracts and they should be deem fraudulently; see yellow side tabs of **AUTHENTICATED BOND RE326051391US No. 11683354** (Affidavit) provided November 20, 2020, via United States Postal Office Certified Mail #7018 1130 0002 3208 9656 and **THE DAILY COMMERCIAL RECORD** (an adjudicated newspaper) **PUBLISHER'S AFFIDAVIT**, an Authenticated **PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA from March 1933 to June 1934 of TREATY OF MOROCCO, September 16, 1836,** evidently received on November 25, 2020, by your agency's office via United States Post Office Domestic Return Receipt 9590 9402 4972 9063 6527 79.
Social Security Administration dba SOCIAL SECURITY, the current status of Social Security 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 and your agency office policies has caused and will continue to cause me, McGee, Joanthony dba JOANTHONY LANARD MCGEE outrageous injuries if not immediately corrected; is believed to be a direct violation to the Treaty of Morocco 1836 and the Bond RE326051391US No. 11683354.

Sincerely,

McGee, Joanthony
dba JOANTHONY LANARD MCGEE

**Exhibit 5**

**Notice: CPZ1C**



Department of the Treasury
Internal Revenue Service
P.O. Box 69
Memphis, TN 38101-0069

| Notice | CP71C |
|---|---|
| Tax Year | 2009 |
| Notice date | August 30, 2021 |
| Taxpayer ID number | 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 |
| To contact us | 800-829-3903 |
| Your Caller ID | 106632 |
| Page 1 of 4 | 29H |

113756.151825.71348.8537 1 AV 0.398 697



JOANTHONY MCGEE
550 THE MEADOWS PKWY
DESOTO TX 75115-4653

113756

Annual reminder of balance due taxes for tax year 2009

# Amount due: $8,055.43

We're required to send you this annual
reminder explaining the amount you still owe
for your 2009 (Form 1040) taxes.

If you are already working with us to address
the amount you owe, you have an installment
agreement, or we notified you that we
suspended enforced collection on your account,
you don't need to do anything.

To prevent interest and applicable penalties
from continuing to increase, pay the amount
due by September 20, 2021.

### Billing Summary

| | |
|---|---|
| Amount you owe | $8,055.43 |
| **Amount due by September 20, 2021** | **$8,055.43** |

Continued on back...



JOANTHONY MCGEE
550 THE MEADOWS PKWY
DESOTO TX 75115-4653

| Notice | CP71C |
|---|---|
| Notice date | August 30, 2021 |
| Taxpayer ID number | 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 |



# Payment

- Make your check or money order payable to the United States Treasury.
- Write your taxpayer identification number (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), the tax year (2009), and the form number (1040) on your payment and any correspondence.

**Amount due by September 20, 2021**   | $8,055.43 |

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0115

451331595 HQ MCGE 30 O 200912 670 00000805543

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Envelope ID: 59402208
Status as of 11/26/2021 8:01 PM CST

Associated Case Party: Dba. Tonya Williams-Wallace dba Operations Manager, AM
OPs 1

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Lowery | | USATXS.CivilNotice@usdoj.gov | 11/22/2021 4:32:14 PM | SENT |

Associated Case Party: Dba. Mr Miller dba Supervisor

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer  BLowery | | ogc.dallas.sdtx@ssa.gov | 11/22/2021 4:32:14 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer  BLowery | | ogc.dallas.sdtx@ssa.gov | 11/22/2021 4:32:14 PM | SENT |

Associated Case Party: Bureau of Consular Affairs

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Lowery | | USATXS.CivilNotice@usdoj.gov | 11/22/2021 4:32:14 PM | SENT |

Associated Case Party: Internal Revenue Service

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Lowery | | USATXS.CivilNotice@usdoj.gov | 11/22/2021 4:32:14 PM | SENT |

Associated Case Party: Dba. Ian G. Brownlee dba Principal Deputy Assistant
Secretary

| Name |
|------|

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 59402208
Status as of 11/26/2021 8:01 PM CST

Associated Case Party: Dba. Ian G. Brownlee dba Principal Deputy Assistant Secretary

| Jennifer Lowery | | USATXS.CivilNotice@usdoj.gov | 11/22/2021 4:32:14 PM | SENT |
|---|---|---|---|---|

11/22/2021 4:32 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-21-006932
Victoria Benavides

D-1-GN-21-006932

| | |
|---|---|
| THE STATE OF TEXAS | § |
| Plaintiff | § |
| | § |
| v. | § |
| | § |
| Bureau of Consular Affairs; | § |
| Dba. Ian G. Brownlee dba Principal Deputy Assistant Secretary | § |
| Social Security Administration; | § |
| Dba. Mr Miller dba Supervisor; | § |
| Internal Revenue Service; | § |
| Dba. Tonya Williams-Wallace dba Operations Manager, AM OPs 1; | § |
| Defendant(s) | |

# AFFIDAVIT OF INABILITY

**COMES HERE NOW**, Jo Ali TR, 1st lienholder estate beneficial owner of the spiritual religious' McGee, Joanthony Dba. JOANTHONY LANARD MCGEE, who claim Country by Treaty, (authenticated) TREATY WITH MOROCCO, September 16, 1836, supported by referenced in WRIT OF QUO WARRANTO as Exhibit 1; arrived within Dallas County, Texas, United States of America in Morocco; is a Moor/America's Aboriginal national; and not an United States Citizen or United States National; as party of governmental entitlement; Art. 7. If any vessel of either party, shall put into a port of the other, and have occasion for provisions or other supplies, they shall be furnished without any interruption or molestation; Art. 18. All goods shall be weighed and examined before they are sent on board; and to avoid all detention of vessels, no examination shall afterwards be made, unless it shall first be proved that contraband goods have been sent on board; in which case, the persons who took the contraband goods on board shall be punished according to the usage and custom of the country, and no other person whatever shall be injured, nor shall the ship or cargo incur any penalty or damage whatever; and Art. 20. If any of the citizens of the United States, or any persons under their protection, shall have any disputes with each other, the consul shall decide between the parties; and whenever the consul shall require any aid, or assistance from our Government, to enforce his decisions, it shall be immediately granted to him; such this affidavit: receive $0.00 in governmental subsidy/income; earn $0.00 in employment income; receive $0.00 in other income; own no property, have $0.00 in cash assets in an account(s), and have $0.00 in monthly expenses. I am unable to pay the court costs.

I verify that the statements made in this affidavit are true and correct.

_____

AFFIRM TO and SUBSCRIBED before me on 11/17/2021.

_____
Notary Public, State of Texas

PAULA KENNEDY
Notary Public, State of Texas
Comm. Expires 08-22-2024
Notary ID 4829029

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 59402208
Status as of 11/26/2021 8:01 PM CST

Associated Case Party: Dba. Mr Miller dba Supervisor

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer  BLowery | | ogc.dallas.sdtx@ssa.gov | 11/22/2021 4:32:14 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer  BLowery | | ogc.dallas.sdtx@ssa.gov | 11/22/2021 4:32:14 PM | SENT |

Associated Case Party: Dba. Tonya Williams-Wallace dba Operations Manager, AM OPs 1

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Lowery | | USATXS.CivilNotice@usdoj.gov | 11/22/2021 4:32:14 PM | SENT |

Associated Case Party: Bureau of Consular Affairs

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Lowery | | USATXS.CivilNotice@usdoj.gov | 11/22/2021 4:32:14 PM | SENT |

Associated Case Party: Internal Revenue Service

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Lowery | | USATXS.CivilNotice@usdoj.gov | 11/22/2021 4:32:14 PM | SENT |

Associated Case Party: Dba. Ian G. Brownlee dba Principal Deputy Assistant Secretary

| Name |
|------|

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 59402208
Status as of 11/26/2021 8:01 PM CST

Associated Case Party: Dba. Ian G. Brownlee dba Principal Deputy Assistant Secretary

| Jennifer Lowery | | USATXS.CivilNotice@usdoj.gov | 11/22/2021 4:32:14 PM | SENT |

7018 1130 0002 3208 9533
9590 9402 4972 9063 6616 65

# NOTICE

JO ALI TR
c/o 3839 MCKINNEY AVENUE
155-2205
DALLAS, TEXAS, USA
JOALITRUST@GMAIL.COM

November 27, 2021

OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548
AUSTIN, TEXAS 78711-2548

Please be advised, this notice is to the Attorney General of this case # D-1-GN-21-006932; as it is believed; An action in the nature of quo warranto is available if: (5) a corporation exercises power not granted by law; and grounds for the remedy exist for Official Misconduct and/or Incompetency.

> Quo warranto is an ancient prerogative writ through which the State acts to protect itself and the good of the public generally through its chosen agents as provided by its constitution and laws, though sometimes it is brought at the instance of and for the benefit of a private individual who may have a special interest. Texas courts have held that mandamus is not a proper remedy when quo warranto is available.
> In injunction cases, also, quo warranto is held to be the exclusive remedy to challenge the authority of a public officer. The same rule is applied when a declaratory judgment is sought." Lewis v. Drake, 641 S.W.2d 392, 394 (Tex. App. - Dallas 1982, no writ) [Internal citations omitted]

LET IT BE KNOWN for prosecution, also, the relator, submits a bond.

Respectfully submitted,

By /s/ jo Ali
JO ALI TR, RELATOR

D-1-GN-21-006932

NO. _____

11/22/2021 4:32 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-21-006932
Victoria Benavides

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| Plaintiff | § | 53RD, DISTRICT COURT |
| | § | |
| v. | § | |
| | § | |
| Bureau of Consular Affairs; | § | DISTRICT COURT |
| Dba. Ian G. Brownlee dba Principal Deputy Assistant Secretary | § | TRAVIS COUNTY, TEXAS |
| Social Security Administration; | § | |
| Dba. Mr Miller dba Supervisor; | § | |
| Internal Revenue Service; | § | |
| Dba. Tonya Williams-Wallace dba Operations Manager, AM OPs 1; | § | |
| Defendant(s) | § | |

**WRIT OF QUO WARRANTO**

**COMES HERE NOW**, Jo Ali TR, 1st lienholder estate beneficial owner of the spiritual religious' McGee, Joanthony Dba. JOANTHONY LANARD MCGEE (hereinafter Relator), who claim his Country by Treaty, Authenticated THE PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA from March 1933 to June 1934, Volume XLVIII, pages 484 through 487, TREATY WITH MOROCCO, September 16, 1836 (hereinafter *Treaty*), attached and incorporated herein by reference as Exhibit 1; is Moor/America's Aborginal national and not an United States Citizen or United States National, who REQUEST an issuance of WRIT OF QUO WARRANTO for Attorney General; As believed, the Bureau of Consular Affairs; Principal Deputy Assistant Secretary; Social Security Administration; Dba. Mr Miller dba Supervisor; Internal Revenue Service; and Dba. Tonya Williams-Wallace dba Operations Manager, AM OPs 1 actions were unlawful; and does or omits an act that requires a surrender or causes a forfeiture of its rights and privileges as a corporation; and if a public officer does an act or allows an act that by law causes a forfeiture of his office; are grounds of official misconduct and/or incompetency for remedy, to wit;

The Bureau of Consular Affairs; Principal Deputy Assistant Secretary; actions as evident, by acceptance of Postal Money Order 2565812166 and Certified Mail 7013 1090 0000 1939 7157 sent by Certified Mail 7013 1090 000 1938 7140 and failed to return the Department of State Authentication Certificate of AUTHENTICATED BOND RE326052391US No. 11683354 (hereinafter *Bond*); attached and incorporated herein by reference as Exhibit 2; and failed to return the Department of State *Certificate of Non Citizen Nationality*; only delineate(d) and certify(ed) in an United States passport (hereinafter *Passport*); as evidently accepted by UNITED STATES DEPARTMENT OF

STATE RECEIPT FOR PASSPORT SERVICES RECEIPT NUMBER: DA0071573124 AND UNITED STATES DEPARTMENT OF STATE PASSPORT WILL CALL PICKUP RECEIPT for APPLICANT: MCGEE, APPLICATION NUMBER: 551967033, BORN ON: SEP 06, 1970, ..WILL BE READY ON FRI. NOV 1 2019 1:30PM; attached and incorporated herein by reference as Exhibit 3; And

The Social Security Administration; Dba. Mr Miller dba Supervisor; actions accordingly to Public policy, failed to amend and/or addendum social security account number 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 per request via United States Postal Office Certified Mail 7018 1130 0002 3208 9656 and Domestic Return Receipt 9590 9402 4972 9063 6527 79 (hereinafter *NOTICE*), attached and incorporated herein by reference as Exhibit 4; And

The Internal Revenue Service; Dba. Tonya Williams-Wallace dba Operations Manager, AM OPs 1; issued Notice: CPZ1C; dated August 30, 2021; attached and incorporated herein by reference as Exhibit 5; had previously been contested, multiple times; And all actions, respectively, injured Joanthony McGee; And by *Treaty* Art. 4. & 7, page(s) 7 and 8, respectively; that this court, order its agents; to amend and/or addendum and exempt Social Security; Taxpayer ID number 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 and remove/offset lien heretofore and hereafter; throughout the Public databases; and order the Department of State to issue *Passport*; and return *Bond*; And provisions or other supplies shall be furnished without any interruption or molestation; And injury done, offending party, shall make good all damages; And therefore, grant monetary damages (*Bond*, page 18) of US$900,000.00 each, for injuries caused by Social Security Administration; Bureau of Consular Affairs; and Internal Revenue Service, permitted to and in name of relator; And send to: JO ALI TR, in care of 3839 MCKINNEY AVENUE, 155-2205, DALLAS, TEXAS, USA, today; as Relator's interest, honorably, aim for honorable commerce.

Wherefore premises considered, the Relator submits a bond and prays that Defendant(s) be cited to appear and answer, and that upon final trial or other resolution hereof, judgment be entered awarding TEXAS it's costs of prosecution, and awarding TEXAS such other relief to which it may be justly entitled.

Respectfully submitted,

By /s/ jo Ali

JO ALI TR
℅ 3839 MCKINNEY AVENUE
155-2205
DALLAS, TEXAS, USA
JOALITRUST@GMAIL.COM

**Exhibit 1**

**Authenticated THE PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA from March 1933 to June 1934, Volume XLVIII, pages 484 through 487, TREATY WITH MOROCCO, September 16, 1836**



# LIBRARY OF CONGRESS

Office of Business Enterprises
Duplication Services Section

THIS IS TO CERTIFY that the collections of the Library of Congress contain a publication entitled **THE PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA from March 1933 to June 1934,** and that the attached photocopies from Volume XLVIII – the title page, the publisher's page, and pages 484 through 487 on which appears the TREATY WITH MOROCCO, September 16, 1836 – are a true representation from that work.

THIS IS TO CERTIFY FURTHER, that the publisher's page is marked with a Library of Congress Order Division stamp that bears the date Jan 28 1991.

IN WITNESS WHEREOF, the seal of the Library of Congress is affixed hereto on September 4, 2014.

Gregory T. Cooper
Duplication Services, Section Head
Office of Business Enterprises
Library of Congress

# THE

# STATUTES AT LARGE

OF THE

## UNITED STATES OF AMERICA

FROM

MARCH 1933 to JUNE 1934

CONCURRENT RESOLUTIONS
RECENT TREATIES AND CONVENTIONS, EXECUTIVE PROCLAMATIONS
AND AGREEMENTS, TWENTY-FIRST AMENDMENT
TO THE CONSTITUTION

---

EDITED, PRINTED, AND PUBLISHED BY AUTHORITY OF CONGRESS
UNDER THE DIRECTION OF THE SECRETARY OF STATE

---

## VOL. XLVIII

IN TWO PARTS

PART 1—Public Acts and Resolutions.
PART 2—Private Acts and Resolutions, Concurrent Resolutions
Treaties and Conventions, Executive Proclamations
and Agreements, Twenty-first Amendment to the
Constitution.

---

PART 1

---

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1934



LIBRARY OF CONGRESS
6
JAN 2 8 1991
COPY
ORDER DIVISION

KF50
.U5
vol 48, pt 1
Set 2
LLRR

The original of every act and joint resolution printed in this volume from page 1 to page 311, inclusive, has the following heading:

SEVENTY-THIRD CONGRESS OF THE UNITED STATES OF AMERICA;

AT THE FIRST SESSION,

BEGUN AND HELD AT THE CITY OF WASHINGTON ON THURSDAY, THE NINTH DAY OF MARCH, ONE THOUSAND NINE HUNDRED AND THIRTY-THREE

The original of every act and joint resolution printed in this volume from page 313 to page 1291, inclusive, has the following heading:

SEVENTY-THIRD CONGRESS OF THE UNITED STATES OF AMERICA;

AT THE SECOND SESSION,

BEGUN AND HELD AT THE CITY OF WASHINGTON ON WEDNESDAY, THE THIRD DAY OF JANUARY, ONE THOUSAND NINE HUNDRED AND THIRTY-FOUR

All bills and joint resolutions presented to the President of the United States bear the signatures of the Speaker (or of the Speaker *pro tempore*) of the House of Representatives and of the Vice President and President of the Senate (or of the President of the Senate *pro tempore*); those signatures accordingly appear on the originals of all acts and joint resolutions.

The signature of the President of the United States appears on the originals of all approved acts and joint resolutions.

The original of every act and joint resolution has endorsed thereon a certificate of origin, signed, as the case may be, by the Clerk of the House of Representatives or by the Secretary of the Senate and reading "I certify that this Act (or Joint Resolution) originated in the House of Representatives (or Senate)." The origin of each act and resolution contained in this volume is indicated in the margin at the beginning of each enactment; thus, for example, H.R. 1491 or H.J.Res. 75 indicates origin in the House of Representatives; and S. 598 or S.J.Res. 14 indicates origin in the Senate.



This volume is printed on acid free paper by
WILLIAM S. HEIN & CO., INC.

# TREATY WITH MOROCCO. (a)

Sept. 16, 1836.

Proclamation
of the President
of the U. S.,
an. 30, 1837.

In the name of God, the merciful and clement!



Abd
Errahman
Ibenu Kesham,
whom God
exalt!

PRAISE BE TO GOD!

This is the copy of the Treaty of Peace which we have made with the Americans and written in this book; affixing thereto our blessed seal, that, with the help of God, it may remain firm forever.

Written at Meccanez, the city of Olives, on the 3d day of the month Jumad el lahhar, in the year of the Hegira 1252. (Corresponding to Sept. 16. A. D. 1836.)

Mutual agreement of the parties to the treaty.

ART. 1. We declare that both parties have agreed that this treaty, consisting of twenty-five articles, shall be inserted in this book, and delivered to James R. Leib, agent of the United States, and now their resident consul at Tangier, with whose approbation it has been made, and who is duly authorized on their part, to treat with us, concerning all the matters contained therein.

Neither party to take commissions from an enemy.

ART. 2. If either of the parties shall be at war with any nation whatever, the other shall not take a commission from the enemy, nor fight under their colors.

Persons, &c. of one party, captured in an enemy's vessel, to be released.

ART. 3. If either of the parties shall be at war with any nation whatever, and take a prize belonging to that nation, and there shall be found on board subjects or effects belonging to either of the parties, the subjects shall be set at liberty, and the effects returned to the owners. And if any goods, belonging to any nation, with whom either of the parties shall be at war, shall be loaded on vessels belonging to the other party, they shall pass free and unmolested, without any attempt being made to take or detain them.

Vessels to have passports.

ART. 4. A signal, or pass, shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea; and if the commander of a ship of war of either party shall have other ships under his convoy, the declaration of the commander shall alone be sufficient to exempt any of them from examination.

Visit of vessels at sea.

ART. 5. If either of the parties shall be at war, and shall meet a vessel at sea belonging to the other, it is agreed, that if an examination is to be made, it shall be done by sending a boat with two or three men only: and if any gun shall be fired, and injury done, without reason, the offending party shall make good all damages.

American citizens and effects to be restored.

ART. 6. If any Moor shall bring citizens of the United States, or their effects, to his Majesty, the citizens shall immediately be set at liberty, and the effects restored; and, in like manner, if any Moor, not a subject of these dominions, shall make prize of any of the citizens

---

(a) For the treaty with Morocco of January 1787, see ante, page 100.

(484)

## TREATY WITH MOROCCO. 1836.

of America or their effects, and bring them into any of the ports of his Majesty, they shall be immediately released, as they will then be considered as under his Majesty's protection.

ART. 7. If any vessel of either party, shall put into a port of the other, and have occasion for provisions or other supplies, they shall be furnished without any interruption or molestation.

*Vessels in port to be supplied.*

ART. 8. If any vessel of the United States, shall meet with a disaster at sea, and put into one of our ports to repair, she shall be at liberty to land and reload her cargo, without paying any duty whatever.

*No duty in case of vessels putting in to repair.*

ART. 9. If any vessel of the United States, shall be cast on shore on any part of our coasts, she shall remain at the disposition of the owners, and no one shall attempt going near her without their approbation, as she is then considered particularly under our protection; and if any vessel of the United States shall be forced to put into our ports by stress of weather, or otherwise, she shall not be compelled to land her cargo, but shall remain in tranquillity until the commander shall think proper to proceed on his voyage.

*Stranded vessels to be protected.*

ART. 10. If any vessel of either of the parties shall have an engagement with a vessel belonging to any of the Christian Powers, within gun-shot of the forts of the other, the vessel so engaged, shall be defended and protected as much as possible, until she is in safety: and if any American vessel shall be cast on shore, on the coast of Wadnoon, or any coast thereabout, the people belonging to her, shall be protected and assisted, until by the help of God, they shall be sent to their country.

*Vessels engaged within gunshot of forts to be protected.*

ART. 11. If we shall be at war with any Christian Power, and any of our vessels sails from the ports of the United States, no vessel belonging to the enemy shall follow, until twenty-four hours after the departure of our vessels: and the same regulations shall be observed towards the American vessels sailing from our ports, be their enemies Moors or Christians.

*Enemy's vessels not allowed to follow for 24 hours.*

ART. 12. If any ship of war belonging to the United States, shall put into any of our ports, she shall not be examined on any pretence whatever, even though she should have fugitive slaves on board, nor shall the governor or commander of the place compel them to be brought on shore on any pretext, nor require any payment for them.

*Ships of war not to be examined in port.*

ART. 13. If a ship of war of either party shall put into a port of the other, and salute, it shall be returned from the fort with an equal number of guns, not more or less.

*Salutes to be returned.*

ART. 14. The commerce with the United States, shall be on the same footing as is the commerce with Spain, or as that with the most favored nation for the time being; and their citizens shall be respected and esteemed, and have full liberty to pass and repass our country and seaports whenever they please, without interruption.

*American commerce on the most favored footing.*

ART. 15. Merchants of both countries shall employ only such interpreters, and such other persons to assist them in their business, as they shall think proper. No commander of a vessel shall transport his cargo on board another vessel; he shall not be detained in port longer than he may think proper; and all persons employed in loading or unloading goods, or in any other labor whatever, shall be paid at the customary rates, not more and not less.

*Employment of interpreters, &c.*

ART. 16. In case of a war between the parties, the prisoners are not to be made slaves, but to be exchanged one for another, captain for captain, officer for officer, and one private man for another; and if there

*Exchange of prisoners.*

2 Q 2

TREATY WITH MOROCCO. 1836.

shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican dollars for each person wanting. And it is agreed, that all prisoners shall be exchanged in twelve months from the time of their being taken, and that this exchange may be effected by a merchant, or any other person, authorized by either of the parties.

**No compulsion in buying or selling.**

ART. 17. Merchants shall not be compelled to buy or sell any kind of goods but such as they shall think proper: and may buy and sell all sorts of merchandise but such as are prohibited to the other Christian nations.

**No examination of goods on board, except, &c.**

ART. 18. All goods shall be weighed and examined before they are sent on board; and to avoid all detention of vessels, no examination shall afterwards be made, unless it shall first be proved that contraband goods have been sent on board; in which case, the persons who took the contraband goods on board, shall be punished according to the usage and custom of the country, and no other person whatever shall be injured, nor shall the ship or cargo incur any penalty or damage whatever.

**No detention of vessels.**

ART. 19. No vessel shall be detained in port on any pretence whatever, nor be obliged to take on board any article without the consent of the commander, who shall be at full liberty to agree for the freight of any goods he takes on board.

**Disputes between Americans, &c. to be decided by the consul, &c.**

ART. 20. If any of the citizens of the United States, or any persons under their protection, shall have any dispute with each other, the consul shall decide between the parties; and whenever the consul shall require any aid, or assistance from our Government, to enforce his decisions, it shall be immediately granted to him.

**Killing, &c. punishable by the law of the country.**

ART. 21. If a citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a citizen of the United States, the law of the country shall take place, and equal justice shall be rendered, the consul assisting at the trial; and if any delinquent shall make his escape, the consul shall not be answerable for him in any -manner whatever.

**Persons dying intestate; care of their effects.**

ART. 22. If an American citizen shall die in our country, and no will shall appear, the consul shall take possession of his effects; and if there shall be no consul, the effects shall be deposited in the hands of some person worthy of trust, until the party shall appear who has a right to demand them; but if the heir to the person deceased be present, the property shall be delivered to him without interruption; and if a will shall appear the property shall descend agreeably to that will, as soon as the consul shall declare the validity thereof.

**Residence of consul. [It is generally at Tangier.]**

ART. 23. The consul of the United States of America, shall reside in any seaport of our dominions that they shall think proper: and they shall be respected, and enjoy all the privileges which the consuls of any other nation enjoy: and if any of the citizens of the United States shall contract any debts or engagements, the consul shall not be in any manner accountable for them, unless he shall have given a promise in writing for the payment or fulfilling thereof; without which promise in writing, no application to him for any redress shall be made.

**No appeal to arms until refusal of friendly arrangement.**

ART. 24. If any differences shall arise by either party infringing on any of the articles of this treaty, peace and harmony shall remain notwithstanding, in the fullest force, until a friendly application shall be made for an arrangement; and until that application shall be rejected, no appeal shall be made to arms. And if a war shall break out between the parties, nine months shall be granted to all the subjects of both parties, to dispose of their effects and retire with their property. And

## CONVENTION WITH PERU-BOLIVIA. 1836.

487

it is further declared, that whatever indulgence, in trade or otherwise, shall be granted to any of the Christian Powers, the citizens of the United States shall be equally entitled to them.

ART. 25. This treaty shall continue in force, with the help of God, for fifty years; after the expiration of which term, the treaty shall continue to be binding on both parties, until the one shall give twelve months' notice to the other, of an intention to abandon it; in which case, its operations shall cease at the end of the twelve months.

*In case of war, nine months allowed to settle affairs, &c.*

*Treaty to last fifty years, &c.*

*Consulate of the United States of America.*
*For the Empire of Morocco.* }

TO ALL WHOM IT MAY CONCERN.

Be it known. Whereas the undersigned, James R. Leib, a citizen of the United States of North America, and now their resident consul at Tangier, having been duly appointed commissioner, by *letters patent*, under the signature of the President and seal of the United States of North America, bearing date, at the city of Washington, the 4th day of July A. D. 1835, for negotiating and concluding a treaty of *peace and friendship* between the United States of North America and the Empire of Morocco; I, therefore, James R. Leib, Commissioner as aforesaid, do conclude the foregoing treaty and every article and clause therein contained; reserving the same, nevertheless, for the final ratification of the President of the United States of North America, by and with the advice and consent of the Senate.

*Final ratification reserved for President U. S.*

In testimony whereof, I have hereunto affixed my signature, and the seal of this consulate, on the 1st day of October, in the year of our Lord one thousand eight hundred and thirty-six, and of the Independence of the United States the sixty-first.

JAMES R. LEIB,   (L. S.)

---

## GENERAL CONVENTION OF PEACE, FRIENDSHIP, COMMERCE, AND NAVIGATION,

*Between the United States of America and the Peru-Bolivian Confederation.*

Nov. 13, 1836.
Ratifications exchanged, May 25, 1838. Proclamation of the President of the U.S., Oct. 3, 1838.
Peace and friendship.

THE United States of America and the Peru-Bolivian Confederation, desiring to make firm and permanent the peace and friendship which happily subsist between them, have resolved to fix, in a clear, distinct, and positive manner, the rules which shall, in future, be religiously observed between the one and the other, by means of a treaty, or general convention of peace, friendship, commerce, and navigation.

For this desirable purpose, the President of the United States of America has conferred full powers on Samuel Larned, Chargé d'Affaires of the said States, near the Government of Peru; and the Supreme Protector of the north and south Peruvian States, President of the Republic of Bolivia, encharged with the direction of the foreign relations of the Peru-Bolivian Confederation, has conferred like powers on John Garcia del Rio, Minister of State in the Department of Finance

*Negotiators.*

**Exhibit 2**

**AUTHENTICATED BOND RE326052391US No. 11683354**

**UCC FINANCING STATEMENT AMENDMENT**

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
JOANTHONY LANARD MCGEE 9722756345

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
JOANTHONY LANARD MCGEE
621 RICKEY CANYON AVE
Desoto, TX 75115
USA

**FILING NUMBER:** ▮▮▮▮0498
**FILING DATE:** 10/04/2020    08:07 PM
**DOCUMENT NUMBER:** 999840910003
**FILED:** Texas Secretary of State
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1a. INITIAL FINANCING STATEMENT FILE NUMBER
▮▮▮▮▮6703

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b and address of Assignee in item 7c and name of Assignor in item 9.
For partial assignment, complete item 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes. This Change affects ☐ Debtor or ☐ Secured Party of record. AND Check one of these three boxes to:

☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b.

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| | | | |
|---|---|---|---|
| OR | 6a. ORGANIZATION'S NAME | | |
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | |
|---|---|---|---|
| OR | 7a. ORGANIZATION'S NAME | | |
| | 7b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE    POSTAL CODE | COUNTRY |

8. ☑ **COLLATERAL CHANGE:** Also check one of these four boxes: ☑ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

AUTHENTICATED BOND RE326051391US No. 11683354

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)

If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | | | |
|---|---|---|---|
| OR | 9a. ORGANIZATION'S NAME | | |
| | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX |
| | **McGee** | **Joanthony** | |

10. OPTIONAL FILER REFERENCE DATA:
**Authenticated BOND**

FILING OFFICE COPY

**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**



# The State of Texas

### Secretary of State

I, David Whitley, Secretary of State of the State of Texas, DO HEREBY

CERTIFY that according to the records of this office,

## WILLIAM RAMIREZ

was commissioned as a Notary Public for the State of Texas on August 8,

2018, for a term ending on August 8, 2022.

Issued: February 21, 2019
Certificate Number 11683354



David Whitley
**Secretary of State**
GF/eg

## CONTRACT CASE NUMBER RE326052391US
# AFFIDAVIT

I Jo Ali, who is domicile of _____Dallas_____ County, State of _____Texas_____ , personally appeared before the undersigned Notary Public, stand firmly on the facts recited in CONTRACT CASE NUMBER RE326O52391US affidavit attached, declare under penalty of perjury under the laws of united states of America that the foregoing instrument is true and correct;

Executed on February 21st 2019. By _____
Authorized Representative

STATE OF TEXAS
COUNTY OF DALLAS

The foregoing instrument is being presented and acknowledge before me this 21st day of _____February_____ , 2019

WILLIAM RAMIREZ
Notary Public, State of Texas
Comm. Expires 08-08-2022
Notary ID 131674320

Notary Public

**TEXAS CONSTITUTION OF 1876 (as ratified without subsequent amendments)**

**BILL OF RIGHTS SEC. 24. The military shall at all times be subordinate to the civil authority.**

Notice of Special Restricted Appearance: jo ali Beneficial Owner 1st
Lienholder of Joanthony Lanard McGee Estate dba Joanthony Lanard McGee©℗™

OPPORTUNITY TO CURE

| | | |
|---|---|---|
| Mc Gee, Joanthony Lanard corp. Sole | § | |
| Dba. Joanthony Lanard McGee | § | |
| | § | |
| V. | § | Case Number: RE326052391US |
| | § | |
| PUBLIC OFFICE HOLDERS | § | |
| Dba. Greg Abbott dba Governor _Roberto_ | § | |
| Dba. Rondé Burgoa Pablos dba Secretary of State | § | |
| Dba. Ken Paxton dba Attorney General | § | |
| Dba. Steven Mnuchin dba Secretary | § | |
| Dba. Joseph Otting dba Comptroller of the Currency | § | NOTICE OF MOTION AND |
| Dba. David J Kautter dba Acting Commissioner | § | MOTION TO INTERVENE |
| Dba. Elaine Chao dba Secretary | § | WITH AN INJUNCTION |
| Dba. Kirstjen Nielsen dba Secretary | § | |
| Dba. Kevin K McAleenan dba Commissioner | § | |
| Dba. David P Pekoske dba Administrator | § | |
| Dba. Glenn Hegar dba Comptroller of Public Accounts | § | |
| Dba. Michael Reissig dba Chief Clerk | § | |
| Dba. Charles G. Cooper dba Executive Director | § | |
| Dba. John Hellerstedt, MD dba Commissioner | § | |
| Dba. Angela D Caesar dba Clerk of Court | § | |
| Dba. Bill E Waybourn dba Tarrant County Sheriff | § | |
| Dba. Marian Brown dba Dallas County Sheriff | § | |

**NOTICE OF CONSTITUTIONAL CHALLENGE TO ALL TEXAS STATE
STATUTES WHERE**

**No general law affecting private rights, shall be varied in any particular case, by special legislation,
except with the free consent, in writing of all persons to be affected thereby; AND MOTION TO
INTERVENE WITH AN INJUNCTION FOR MY NAME MC GEE, JOANTHONY LANARD dba
JOANTHONY LANARD MCGEE**

*WITH HONOR. TAKE NOTICE THAT pursuant to 1876 Texas Constitution (as ratified
without subsequent amendments) ARTICLE XVI. GENERAL PROVISIONS.*

SECTION 1: Members of the Legislature, and all officers, before they enter upon the duties of their offices, shall take the following oath or affirmation: "I, (........) do solemnly swear, (or affirm), that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ........, according to the best of my skill and ability, agreeably to the Constitution and laws of the United States and of this State; and I do further solemnly swear, (or affirm), that since the adoption of the constitution of this State, I, being a citizen of this State, have not fought a duel with deadly weapons, within this State nor out of it, nor have I sent or accepted a challenge to fight a duel with deadly weapons, nor have I acted as second in carrying a challenge, or aided, advised or assisted any person thus offending. And I furthermore solemnly swear, (or affirm), that I have not directly, nor indirectly paid, offered or promised to pay, contributed, nor promised to contribute any money, or valuable thing, or promised any public office or employment, as a reward for the giving or withholding a vote at the election at which I was elected, (or if the office is one of appointment, to secure my appointment.) So help me god."



RECEIVED
Mail Room

NOV - 5 2018

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## TEXAS CONSTITUTION OF 1876 (as ratified without subsequent amendments)
### BILL OF RIGHTS SEC. 24. The military shall at all times be subordinate to the civil authority.
Notice of Special Restricted Appearance: jo ali Beneficial Owner 1st
Lienholder of Joanthony Lanard McGee Estate dba Joanthony Lanard McGee©®™

### WITH HONOR. TAKE NOTICE THAT pursuant to 1876 Texas Constitution(as ratified
without subsequent amendments) *ARTICLE III. LEGISLATIVE DEPARTMENT.*

SEC. 56. The Legislature shall not, except as otherwise provided in this Constitution, pass any local or special law authorizing: The creation, extension or impairing of liens; Regulating the affairs of counties, cities, towns, wards or school districts; Changing the names of persons or places; changing the venue in civil or criminal cases; Authorizing the laying out, opening, altering or maintaining of roads, highways, streets or alleys; Relating to ferries or bridges, or incorporating ferry or bridge companies, except for the erection of bridges crossing streams which form boundaries between this and any other State; Vacating roads, town plats, streets or alleys; Relating to cemeteries, graveyards or public grounds not of the State; Authorizing the adoption or legitimation of children; Locating or changing county seats; Incorporating cities, towns or villages, or changing their charters; For the opening and conducting of elections, or fixing or changing the places of voting; Granting divorces; Creating offices, or prescribing the powers and duties of officers, in counties, cities, towns, election or school districts; Changing the law of descent or succession; Regulating the practice or jurisdiction of, or changing the rules of evidence in any judicial proceeding or inquiry before courts, justices of the peace, sheriffs, commissioners, arbitrators or other tribunals, or providing or changing methods for the collection of debts, or the enforcing of judgments, or prescribing the effect of judicial sales of real estate; Regulating the fees, or extending the powers and duties of aldermen, justices of the peace, magistrates or constables; Regulating the management of public schools, the building or repairing of school houses, and the raising of money for such purposes; Fixing the rate of interest; Affecting the estates of minors, or persons under disability; Remitting fines, penalties and forfeitures, and refunding moneys legally paid into the treasury; Exempting property from taxation; Regulating labor, trade, mining and manufacturing; Declaring any named person of age; Extending the time for the assessment or collection of taxes, or otherwise relieving any assessor or collector of taxes from the due performance of his official duties, or his securities from liability; Giving effect to informal or invalid wills or deeds; Summoning or impounding grand or petit juries; For limitation of civil or criminal actions; For incorporating railroads or other works of internal improvements.  And in all other cases where a general law can be made applicable, no local or special law shall be enacted; *provided*, that nothing herein contained shall be construed to prohibit the Legislature from passing special laws for the preservation of the game and fish of this State in certain localities.

SEC. 57. No local or special law shall be passed, unless notice of the intention to apply therefor shall have been published in the locality where the matter or thing to be affected may be situated, which notice shall state the substance of the contemplated law, and shall be published at least thirty days prior to the introduction into the Legislature of such bill and in the manner to be provided by law. The evidence of such notice having been published shall be exhibited in the Legislature before such act shall be passed.

WITH HONOR, LET IT BE KNOWN THAT I Jo Ali, 1st lienholder of the 14 amendment person MC GEE, JOANTHONY LANARD corp. sole dba JOANTHONY LANARD MCGEE, did not consent for me or my private property to be a 14th amendment citizen of the U.S. OR the state of Texas OR any other state in writing or any other consent. Any assumed consent should be viewed as null and void, especially because this was executed when I was a minor/baby, and had not attained the age of majority. Any and all contracts such as the issuance of a birth certificate and/or social security number and/or state issued drivers license in the above mentioned names are deemed fraudulent. This issuance implies agreement under legal disability to contract. However, as a minor I was incapable of entering such a contract, as stated in the above mentioned 1876 Texas Constitution.

WITH HONOR, LET IT BE KNOWN THAT I Jo Ali Reserve my right to sue you and take lawful action against all within your agency and all contracted affiliates of your constituents for the use of my name or property "MC GEE, JOANTHONY LANARD dba JOANTHONY LANARD MCGEE" ens legis

**TEXAS CONSTITUTION OF 1876 (as ratified without subsequent amendments)**

**BILL OF RIGHTS SEC. 24. The military shall at all times be subordinate to the civil authority.**

Notice of Special Restricted Appearance: jo ali Beneficial Owner 1ˢᵗ
Lienholder of Joanthony Lanard McGee Estate dba Joanthony Lanard McGee©®™

WITH HONOR, LET IT BE KNOWN THAT the material facts giving rise to constitutional questions are as follows.

1. My *unalienable rights, protected by the 1876 Texas* Constitution (as ratified without subsequent amendments) and BILL OF RIGHTS 1876, the right to travel have been violated; the right to property have been violated; and the right to trade and commerce have been violated; multiple times in the past.

2. My *unalienable rights were violated; protected by the 1876 Texas* Constitution (as ratified without subsequent amendments) and BILL OF RIGHTS 1876 SEC. 9. The people shall be secure in their persons, houses, papers and possessions from all unreasonable seizures or searches, and no warrant to search any place, or to seize any person or thing, shall issue without describing them as near as may be, nor without probable cause supported by oath or affirmation.

3. My *unalienable rights were violated; protected by the 1876 Texas* Constitution (as ratified without subsequent amendments) and BILL OF RIGHTS 1876 SEC. 13. Excessive bail shall not be required, nor excessive fines imposed, nor cruel or unusual punishment inflicted. All courts shall be open, and every person for an injury done him in his lands, goods, person or reputation shall have remedy by due course of law.

4. My *unalienable rights were violated; protected by the 1876 Texas* Constitution (as ratified without subsequent amendments) and BILL OF RIGHTS 1876 SEC. 16. No bill of attainder, *ex post facto* law, retroactive law, or any law impairing the obligation of contracts shall be made.

5. My *unalienable rights were violated; protected by the 1876 Texas* Constitution (as ratified without subsequent amendments) and BILL OF RIGHTS 1876 SEC. 17. No person's property shall be taken, damaged or destroyed for or applied to public use without adequate compensation being made, unless by the consent of such person, and, when taken, except for the use of the State, such compensation shall be first made, or secured by deposit of money; and no irrevocable or uncontrollable grant of special privileges or immunities shall be made; but all privileges and franchises granted by the Legislature or created under its authority shall be subject to the control thereof.

**Notice of Estoppel and Stipulation of Constitutional Challenge to ALL TEXAS STATE STATUTES**

My *unalienable rights, protected by the 1876 Texas* Constitution (as ratified without subsequent amendments) and BILL OF RIGHTS 1876, the right to travel have been violated; the right to property have been violated; and the right to commerce have been violated; multiple times in the past.

My *unalienable rights were violated; protected by the 1876 Texas* Constitution (as ratified without subsequent amendments) and BILL OF RIGHTS 1876 SEC. 9. The people shall be secure in their persons, houses, papers and possessions from all unreasonable seizures or searches, and no warrant to search any place, or to seize any person or thing, shall issue without describing them as near as may be, nor without probable cause supported by oath or affirmation.

My *unalienable rights were violated; protected by the 1876 Texas* Constitution (as ratified without subsequent amendments) and BILL OF RIGHTS 1876 SEC. 13. Excessive bail shall not be required, nor excessive fines imposed, nor cruel or unusual punishment inflicted. All courts shall be open, and every person for an injury done him in his lands, goods, person or reputation shall have remedy by due course of law.

## TEXAS CONSTITUTION OF 1876 (as ratified without subsequent amendments)
### BILL OF RIGHTS SEC. 24. The military shall at all times be subordinate to the civil authority.

Notice of Special Restricted Appearance: jo ali Beneficial Owner 1st
Lienholder of Joanthony Lanard McGee Estate dba Joanthony Lanard McGee©®™

> My *unalienable rights were violated*; protected by the *1876 Texas* Constitution (as ratified without subsequent amendments) and BILL OF RIGHTS 1876 SEC. 16. No bill of attainder, *ex post facto* law, retroactive law, or any law impairing the obligation of contracts shall be made.

> My *unalienable rights were violated*; protected by the *1876 Texas* Constitution (as ratified without subsequent amendments) and BILL OF RIGHTS 1876 SEC. 17. No person's property shall be taken, damaged or destroyed for or applied to public use without adequate compensation being made, unless by the consent of such person, and, when taken, except for the use of the State, such compensation shall be first made, or secured by deposit of money; and no irrevocable or uncontrollable grant of special privileges or immunities shall be made; but all privileges and franchises granted by the Legislature or created under its authority shall be subject to the control thereof.

WITH HONOR, LET IT BE KNOWN THAT I DEMAND, JUDICIAL JURISDICTION OVER MY PROPERTY. I DEMAND, for to put the names Mc Gee, Joanthony Lanard dba Joanthony Lanard McGee and property Joanthony Lanard McGee II, Madison Kwinn McGee, Brianna Charisse Nicole Thomas, Michelle Shere Thomas, Tammy Denise Frenney ON THE DO NOT STOP/HINDER DO NOT DETAIN LIST AND RIGHT-TO-CARRY LIST FOR TEXAS, and all the OTHER STATES; AND AN EXEMPT TRAVELER ON THE TRUSTED TRAVELER, PRECHECK, GLOBAL ENTRY, NEXUS, SENTRI AND FAST LIST. I DEMAND, the REMOVAL of Civil Action Law Claim Office of the Attorney General Child Support Division Attorney General Case Number 0010308943 Cause Number 32429329499 and Tarrant county DOMESTIC RELATIONS OFFICE IV-D MONITORING PROGRAM AND COMMUNITY SUPERVISION TERMINATION. I DEMAND, immediate possession of Mc Gee, Joanthony Lanard dba Joanthony Lanard McGee and property Joanthony Lanard McGee II, Madison Kwinn McGee updated TEXAS Department of Health Services Vital Statistics Birth Long Form RACE/NATIONALITY STATUS CHANGE/AMENDMENTS as Moor/America's Aboriginal national from prior requests N459911, V835440 and F909759 ordered January 25, 2017 via Texas Vital Statistics website, February 13, 2018 via U.S.P.O. Registered Mail RE 326 052 140 US and application correction responded on March 28, 2018 via U.S.P.O. Certified Mail 7017 1000 0000 6956 0572. I DEMAND, all rights to create documents of travel of every kind whatsoever, including those signifying diplomatic status and immunity as a free, independent, and sovereign state-in-fact. I DEMAND, Wholly Owned Jo Ali TR Exempt Beneficial Owner for Pa Literary Ministerial Unincorporated Trust ON THE LIST AND CREDIT AS collective investment vehicle Non-REPORTING FOREIGN FINANCIAL INSTITUTION dba Moor Acquisitions with the Department of the Treasury (USDT), Department of Transportation (DOT), Office of Texas Secretary of State, Texas Comptroller of Public Accounts, Finance Commission of Texas and all agencies, respectively; for HONORABLE International, Interstate and/or Intrastate commerce; to entertain and to give aesthetic pleasure, lawfully; as this ORDER presented will serve as all IDENTIFICATION AND DOCUMENTATION for person to open and operate; exempt trust account(s), account(s) and/or subaccount(s) with FINANCIAL INSTITUTION and/or NON-BANK FINANCIAL INSTITUTION through it's executive officer(s) or banking officer(s) or subordinates; and thereafter or heretofore order currency Comptroller and/or banking Commissioner approve account(s) credit, loan(s) and/or extension(s) of credit; be limitless, exempt and without requirements upon registered bill(s) or instrument(s) presentment and/or deposit; as collateral; and deposit Reserve Credit upon order presentment or institution(s) request. I DEMAND, Order to be REDACTED lawfully. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I DEMAND, filed Order, FILED Exemplification of Document with US District Court for District of Columbia Clerk of Court. I DEMAND, full faith and credit. I DEMAND, any monopolize, or attempt to monopolize, or combine or conspire to restraint trade or commerce be punished by fine not exceeding $100,000,000 if a corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments. I reserve all my rights protected by the above said Texas Constitution and don't waive any part of my rights, therefore, abide by your oaths. I also have a $9 billion United States silver dollar lien on the names that are my property and there will be a charge of $900,000.00 against you and your agency and all contracted affiliates of your constituents, which this is your contract where you agree to pay this amount in gold or coins to me jo ali in the Name Joanthony Lanard McGee FOR THE TRESPASS of my unalienable rights, protected by the Texas Constitution of 1876.

**TEXAS CONSTITUTION OF 1876 (as ratified without subsequent amendments)**

**BILL OF RIGHTS SEC. 24. The military shall at all times be subordinate to the civil authority.**

Notice of Special Restricted Appearance: jo ali Beneficial Owner 1st
Lienholder of Joanthony Lanard McGee Estate dba Joanthony Lanard McGee©®™

**WITH HONOR, LET IT BE KNOWN THAT** *My unalienable rights were violated*; protected by The Texas Constitution 1876, SEC. 27. The citizens shall have the right, in a peaceable manner, to assemble together for their common good, and apply to those invested with the power of government for redress of grievances or other purposes, by petition, address or remonstrance.

**WITH HONOR, LET IT BE KNOWN THAT THIS IS A CONTRACT**, and your failure to answer and rebut this affidavit is acquiescence. You have **72 hours** upon receipt to reply, then this contract is law.

I Jo Ali, am of age of the majority and I stand firmly on the facts recited in this affidavit.

August 13ᵗᵉ, 2018 By _____jo Ali_____

Jo Ali, Registered Owner
OF MC GEE, JOANTHONY LANARD
Dba JOANTHONY LANARD MCGEE
% [25] HIGHLAND PARK VILLAGE, [100-444] (non-resident)
Near Dallas, Texas Republic [75205]
Without prejudice


STATE OF TEXAS
COUNTY OF DALLAS

The foregoing instrument is being presented and acknowledged before me this 13ᵗᴴ Day of

August_____ , 2018 By __jo Ali_____

NOTARY SIGNATURE: _____

EVAN JSON OLDS
Notary Public, State of Texas
Comm. Expires 01-30-2022
Notary ID 131428052

# AFFIDAVIT OF NOTARY PRESENTMENT
## CERTIFICATION OF MAILING

State of Texas

county of Dallas

I, _Evan J. Olds_ a duly qualified Notary Public, in and for the state of Texas, county of Dallas, serving as a third party to the matter personally verified that these documents were placed in the envelope and sealed by me, for the sole purpose of certifying a response or want thereof, at the request of _____ did present on this _13th_, Day of _August_ 2018. These Documents were sent via U.S.P.O. REGISTERED Mail # RE 326 052 391 US signature confirmation return receipt to: Ken Paxton dba Attorney General 209 West 14th St., Austin, TX 78711

List of enclosed documents:

1 AFFIDAVIT OF NOTARY PRESENTMENT CERTIFICATION OF MAILING

2 NOTICE OF CONSTITUTIONAL CHALLENGE

3 CERTIFICATE OF SERVICE

I have hereunto set my hands and the seal of office on the date noted above:

REQUESTER SIGNATURE: _____

NOTARY SIGNATURE: _____

EVAN JSON OLDS
Notary Public, State of Texas
Comm. Expires 01-30-2022
Notary ID 131428052

**TEXAS CONSTITUTION OF 1876 (as ratified without subsequent amendments)**
**BILL OF RIGHTS SEC. 24. The military shall at all times be subordinate to the civil authority.**
Notice of Special Restricted Appearance: jo ali Beneficial Owner 1st
Lienholder of Joanthony Lanard McGee Estate dba Joanthony Lanard McGee©®™

### CERTIFICATE OF SERVICE

I Jo Ali, Living breathing sentient man for Mc Gee, Joanthony Lanard, corp. sole dba Joanthony Lanard McGee, is to
certify that I have this day served four of United States' Administrative Officers, nine of Texas' Administrative Officers
and two Corporate Administrative Officers with this Notice of estoppel and Constitutional Challenge to ALL Texas
STATUTES AND MOTION TO INTERVENE WITH AN INJUNCTION FOR Mc Gee, Joanthony Lanard, corp. sole dba
Joanthony Lanard McGee by REGISTERED MAIL, to ensure delivery to the following: this ___ Day of
_____, 2018

**Greg Abbott dba Governor**
State of Texas The Capitol
1100 San Jacinto Blvd, Austin, TX 78701
(512) 463-2000
REGISTERED MAIL NUMBER: RE 326 052 374 US        7018  0680  0000  6127  4134

**Rolando Burgoa Pablos dba Secretary of State**
Texas Secretary of State - Agency #: 307
1019 Brazos Street, Austin, Texas 78701
(512) 463-5770
REGISTERED MAIL NUMBER: RE 326 052 388 US        RE 326 052 547 US

**Ken Paxton dba Attorney General**
Texas Attorney General - Agency #: 302
209 West 14th St., Austin, TX 78711
(512) 463-2100
REGISTERED MAIL NUMBER: RE 326 052 391 US        7018  0680  0000  6127  4141

**Steven Mnuchin dba Secretary**
Department of Treasury
1500 Pennsylvania Avenue, NW, Washington, DC 20220
(202) 622-2000
REGISTERED MAIL NUMBER: RE 326 052 405 US

**Joseph Otting dba Comptroller of the Currency**
Office of the Comptroller of the Currency
400 7th Street, SW, Washington, D.C. 20219
(202) 649-6800
REGISTERED MAIL NUMBER: RE 326 052 414 US

**David J Kautter dba Acting Commissioner**
Internal Revenue Service
1111 Constitution Avenue, NW, Washington, DC 20224
(202) 622-9511
REGISTERED MAIL NUMBER: RE 326 052 428 US

**Elaine Chao dba Secretary**
Department of Transportation
1200 New Jersey Ave, SE, Washington, DC 20590
(202) 366-4000
REGISTERED MAIL NUMBER: RE 326 052 431 US

TEXAS CONSTITUTION OF 1876 (as ratified without subsequent amendments)
BILL OF RIGHTS SEC. 24. The military shall at all times be subordinate to the civil authority.
Notice of Special Restricted Appearance: jo ali Beneficial Owner 1st
Lienholder of Joanthony Lanard McGee Estate dba Joanthony Lanard McGee©®™

Kirstjen Nielsen dba Secretary
Department of Homeland Security
3801 Nebraska Ave, NW, Washington, DC 20016
(631) 226-2796
REGISTERED MAIL NUMBER: RE 326 052 445 US

Kevin K McAleenan dba Commissioner
U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW, Washington, DC 20229
(202) 325-8000
REGISTERED MAIL NUMBER: RE 326 052 459 US

David P Pekoske dba Administrator
Transportation Security Administration
601 South 12th Street, Arlington, VA 20598-6002
(571) 227-2829
REGISTERED MAIL NUMBER: RE 326 052 462 US

Glenn Hegar dba Comptroller of Public Accounts
Texas Comptroller of Public Accounts
111 E. 17th St., Austin, TX 78774
(512) 463-4444
REGISTERED MAIL NUMBER: RE 326 052 476 US

Mike Reissig dba Chief Clerk
Deputy Comptroller and Chief Clerk - Agency #: 304
111 E. 17th St., Austin, TX 78774
(512) 463-4444
REGISTERED MAIL NUMBER: RE 326 052 480 US

Charles G Cooper dba Executive Director
Finance Commission of Texas
2601 North Lamar, Austin, Texas 78705
(512) 936-6222
REGISTERED MAIL NUMBER: RE 326 052 493 US

John Hellerstedt, MD dba Commissioner
Department of Health Services Vital Statistics
1100 West 49th Street, Austin, Texas 78756
(512) 776-7363
REGISTERED MAIL NUMBER: RE 326 052 502 US

Angela D Caesar dba Clerk of Court
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W., Room 1130, Washington D.C. 20001
(202) 354-3050
REGISTERED MAIL NUMBER: RE 326 052 516 US

Bill E Waybourn dba Tarrant County Sheriff
Tarrant County Sheriff's Office
200 Taylor Street - 7th Floor, Fort Worth, Texas 76196
(817) 884-3099
REGISTERED MAIL NUMBER: RE 326 052 520 US

TEXAS CONSTITUTION OF 1876 (as ratified without subsequent amendments)
BILL OF RIGHTS SEC. 24. The military shall at all times be subordinate to the civil authority.
Notice of Special Restricted Appearance: jo ali Beneficial Owner 1st
Lienholder of Joanthony Lanard McGee Estate dba Joanthony Lanard McGee©®™

**Marian Brown dba Dallas County Sheriff**
Dallas County Sheriff's Department
133 N. Riverfront Boulevard Dallas, Texas 75207
(214) 653-3462
REGISTERED MAIL NUMBER: RE 326 052 533 US

ALL RIGHTS RESERVED

Jo Ali, Registered Owner
OF MC GEE, JOANTHONY LANARD corp. Sole
Dba JOANTHONY LANARD MCGEE
% [25] HIGHLAND PARK VILLAGE, [100-444] (non-resident)
Near Dallas, Texas Republic [75205]
Without prejudice

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Greg Abbott dba Governor
1100 San Jacinto Blvd
Austin, TX 78701

9590 9402 2988 7094 2080 92

2. Article Number (Transfer from service label)

7018 0680 0000 6127 4134

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

TX Comptroller Mail

AUG 30 2018

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ken Paxton
Texas Attorney General
209 West 14th St
Austin, TX 78701

9590 9402 2988 7094 2080 54

2. Article Number

7018 0680 0000 6127 4141

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

RECEIVED
MAILCEN PPC

AUG 30 2018

OFFICE OF THE
ATTORNEY GENERAL

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rolando Borges Pablos dba
Secretary of State
1019 Brazos Street
Austin, TX 78701

9590 9402 2988 7094 2080 61

2. Article Number (Transfer from service label)

RE 326 052 547 US

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Comptroller Mail

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail

☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charles G Cooper dba
Executive Director Finance
Commission of Texas
2601 North Lamar
Austin, Texas 78705

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3340 7227 9670 42

2. Article Number (Transfer from service label)
RE 326 052 493 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X RETURN TO SENDER    ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

Dale McKenzie
Dale McKenzie

3. Service Type
☐ Adult Signature                      ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☑ Registered Mail™
☐ Certified Mail®                      ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery   ☑ Return Receipt for Merchandise
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation™
  ...il                                  ☐ Signature Confirmation Restricted Delivery
  ...al Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053         Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steven Mnuchin dba
Secretary Department of
Treasury
1500 Pennsylvania Avenue,
N.W. Washington DC 20220

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3340 7227 9670 80

2. Article Number (Transfer from service label)
RE 326 052 405 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                          ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

RECEIVED
B106   OCT 1 1 2018   IRS-OSC

OGDEN UT

3. Service Type
☐ Adult Signature                      ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☑ Registered Mail™
☐ Certified Mail®                      ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery   ☑ Return Receipt for Merchandise
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation™
☐ Insured Mail                         ☐ Signature Confirmation Restricted Delivery
  Insured Mail Restricted Delivery
  (over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053         Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David J Kautter dba
acting Commissioner
IRS
1111 Constitution Ave NW
Washington DC 20224

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3340 7227 9670 59

2. Article Number (Transfer from service label)
RE 326 052 428 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                          ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
  Received by the
  Office

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

SEP 2 4 2018

3. Service Type
☐ Adult Signature                      ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☑ Registered Mail™
☐ Certified Mail®                      ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery   ☑ Return Receipt for Merchandise
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation™
  Mail                                   ☐ Signature Confirmation Restricted Delivery
  Mail Restricted Delivery
  (over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053         Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Glenn Hegar dba Comptroller
of Public Accounts, Texas
Comptroller of Public Accounts
111 E. 17th St.
Austin, TX 78774

9590 9402 3340 7227 9671 27

2. Article Number (Transfer from service label)
RE 326 052 476 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Edwin Hertshe    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Edwin Hertshe    SEP 17 2018

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mike Reissig dba Chief
Clerk Deputy Comptroller
and Chief Clerk-Agency #304
111 E. 17th St.,
Austin, TX 78774

9590 9402 3340 7227 9671 34

2. Article Number (Transfer from service label)
RE 326 052 480 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Edwin Hartshek    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Edwin Hartshek

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kevin K McAleenan dba
Commissioner U.S. Customs
and Border Protection
1300 Pennsylvania Ave NW
Washington DC 20229

9590 9402 3340 7227 9670 35

2. Article Number (Transfer from service label)
RE 326 052 459 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X McDonald    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
McDonald    9/28/18

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kelly Rowe dba Lubbock
County Sheriff
712 Broadway
Lubbock TX 79401

9590 9402 3549 7305 7736 87

2. Article Number (Transfer from service label)
RE 326 052 581 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
RAY STONE

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No
SEP 28 2018

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Onur Genc dba CEO
BBVA Compass Bancshares
Inc.
2200 Post Oak Blvd
Houston Texas 77056

9590 9402 3549 7305 7737 00

2. Article Number (Transfer from service label)
RE 326 052 555 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                10-01-18

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☑ Registered Mail™
☐ Priority Mail Express®
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Timothy J. Sloan dba
CEO Wells Fargo Bank
NA.
420 Montgomery Street
San Francisco CA 94104

9590 9402 3549 7305 7661 22

2. Article Number (Transfer from service label)
RE 326 052 595 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  THAN OO                      ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   than oo

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sally Hernandez dba Travis Sheriff
Travis County Sheriff's Office
5555 Airport Blvd
Austin, TX 78751

9590 9402 3438 7275 7868 66

2. Article Number (Transfer from service label)

RE 326 052 621 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
IWA Hernatta              11-5

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the Attorney General
Central File Maintenance
P.O. Box 12048
Austin, TX 78711-2048

9590 9402 3549 7305 7661 53

2. Article Number (Transfer from service label)

RE 326 052 618 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

MAILCENTER
NOV - 6 2018
OFFICE OF THE
ATTORNEY GENERAL

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lauryl Blossom dba Child Support Officer
Tarrant Co Local Child Support Office
PO Box 161879
Ft Worth, TX 76161-1879
(817) 884-1475

9590 9402 3549 7305 7661 60

2. Article Number (Transfer from service label)

RE 326 052 649 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X NOV 1 6 2018            ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
                                   NOV 1 6 2018

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

2. Article Number (Transfer from service label)

RE 326 052 516 US

9590 9402 3549 7305 7662 90

PS Form 3811, July 2015 PSN 7530-02-000-9053

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

RECEIVED
NOV - 5 2018

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Hillersbeck, M.D. dba
Envisionrec. Dept of Health

2. Article Number (Transfer from service label)

RE 326 052 502 US

9590 9402 3340 7227 9670 73

PS Form 3811, July 2015 PSN 7530-02-000-9053

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  Benny Guerra  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Benny Guerra   SEP 17 2018

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marian Brown dba
Dallas County Sheriff
133 N. Riverfront Blvd
Dallas Texas 75207

2. Article Number (Transfer from service label)

RE 326 052 533 US

9590 9402 3340 7227 9671 03

PS Form 3811, July 2015 PSN 7530-02-000-9053

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tracy Murphree dba
Denton County Sheriff
127 N. Woodrow Lane
Denton TX 76205-6357

2. Article Number (Transfer from service label)

RE 326 052 578 US

9590 9402 3549 7305 7661 39

PS Form 3811, July 2015 PSN 7530-02-000-9053

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## A. TYPE OF SERVICE

☐ Certified Mail™
☐ Collect on Delivery
☐ Priority Mail Express®
☑ Registered Mail™

## C. ARTICLE INFORMATION

USPS Tracking Number

9590 9402 33 40 7227 9676 66

Mailing Date (mm/dd/yy)

09/14/18

## B. ARTICLE ADDRESSED TO

Addressee Name

Joseph Otting dba Comptoller of the Currency

Addressee Address

400 7th Street, SW

(No., street, apt./ste. no.)

Washington, DC 20219

(City, state, ZIP Code)

## D. CUSTOMER

Customer Name

McGee

Customer Address

c/o 621 Ricky Canyon Ave

(No., street, apt./ste. no.)

DeSoto, Texas

(City, state, ZIP Code)

E-mail address (Complete ONLY if an electronic inquiry)

## SECTION 3

For Accepting or Delivery Office Use Only

Postal Service™ records show no delivery information because:

☐ Record not found
☐ Forwarded (date _____)
☐ Returned (date _____)

Delivered to the following individual, company or organization

W. Tent

Delivery Address (if different from address in section 2B)

OCC 20219

Delivery Date

09/21/2018

Delivery Office Postmark

DEC 12 2018

PS Form **3811-A**, April 2015 PSN 7530-02-000-9054

---

## A. TYPE OF SERVICE

☐ Certified Mail™
☐ Collect on Delivery
☐ Priority Mail Express®
☑ Registered Mail™

## C. ARTICLE INFORMATION

USPS Tracking Number

9590 9402 33 40 7227 7711 0

Mailing Date (mm/dd/yy)

09/14/18

## B. ARTICLE ADDRESSED TO

Addressee Name

Elaine Chao dba Secretary

Addressee Address

1200 New Jersey Ave, SE

(No., street, apt./ste. no.)

Washington, DC 20590

(City, state, ZIP Code)

## D. CUSTOMER

Customer Name

McGee

Customer Address

621 Rickey Canyon Ave

(No., street, apt./ste. no.)

DeSoto, Texas

(City, state, ZIP Code)

E-mail address (Complete ONLY if an electronic inquiry)

## SECTION 3

For Accepting or Delivery Office Use Only

Postal Service™ records show no delivery information because:

☐ Record not found
☐ Forwarded (date _____)
☐ Returned (date _____)

Delivered to the following individual, company or organization

E. Hughes

Delivery Address (if different from address in section 2B)

20590

Delivery Date

09/21/2018

Delivery Office Postmark

DEC 12 2018

PS Form **3811-A**, April 2015 PSN 7530-02-000-9054

**A. TYPE OF SERVICE**

☐ Certified Mail™
☐ Collect on Delivery
☐ Priority Mail Express®
☑ Registered Mail™

**C. ARTICLE INFORMATION**

USPS Tracking Number

9590940229887094208078

Mailing Date (mm/dd/yy)

09 / 14 / 18

**SECTION 2**

**B. ARTICLE ADDRESSED TO**

Addressee Name

Kristen Nielsen dba Secretary

Addressee Address

3801 Nebraska Ave, NW
(No., street, apt./ste. no.)

Washington, DC 20016
(City, state, ZIP Code)

**D. CUSTOMER**

Customer Name

M⁀Gee

Customer Address

4621 Rickey Canyon Ave
(No., street, apt./ste. no.)

DeSoto, Texas
(City, state, ZIP Code)

E-mail address (Complete ONLY if an electronic inquiry)

**SECTION 3**

For Accepting or Delivery Office Use Only

Postal Service™ records show no delivery information because:

☐ Record not found

☐ Forwarded (date _____ )

☐ Returned (date _____ )

Delivered to the following individual, company or organization

Karl Lusby

Delivery Address (if different from address in section 2B)

Cads

Delivery Date

09/21/2018

Delivery Office Postmark

DEC 12 2018
DESOTO TX POST OFFICE
75115

PS Form **3811-A**, April 2015 PSN 7530-02-000-9054

---

**A. TYPE OF SERVICE**

☐ Certified Mail™
☐ Collect on Delivery
☐ Priority Mail Express®
☑ Registered Mail™

**C. ARTICLE INFORMATION**

USPS Tracking Number

9590940229887094208085

Mailing Date (mm/dd/yy)

09 / 14 / 18

**SECTION 2**

**B. ARTICLE ADDRESSED TO**

Addressee Name

David Pekoske dba Administrator

Addressee Address

601 South 12th St
(No., street, apt./ste. no.)

Arlington, VA 20598-6002
(City, state, ZIP Code)

**D. CUSTOMER**

Customer Name

M⁀Gee

Customer Address

4621 Rickey Canyon Ave
(No., street, apt./ste. no.)

DeSoto, Texas
(City, state, ZIP Code)

E-mail address (Complete ONLY if an electronic inquiry)

**SECTION 3**

For Accepting or Delivery Office Use Only

Postal Service™ records show no delivery information because:

☐ Record not found

☐ Forwarded (date _____ )

☐ Returned (date _____ )

Delivered to the following individual, company or organization

Karl Lusby

Delivery Address (if different from address in section 2B)

Cads

Delivery Date

09/21/2018

Delivery Office Postmark

DEC 12 2018
DESOTO TX POST OFFICE
75115

PS Form **3811-A**, April 2015 PSN 7530-02-000-9054

## A. TYPE OF SERVICE

☐ Certified Mail™
☐ Collect on Delivery
☐ Priority Mail Express®
☑ Registered Mail™

## C. ARTICLE INFORMATION

USPS Tracking Number
9590940233407227967097

Mailing Date (mm/dd/yy)
09 / 14 / 18

### SECTION 2

## B. ARTICLE ADDRESSED TO

Addressee Name
Bill Waybourn dba Sheriff

Addressee Address
200 Taylor Street - 7th Floor
(No., street, apt./ste. no.)
Fort Worth, Texas 76196
(City, state, ZIP Code)

## D. CUSTOMER

Customer Name
McGee

Customer Address
c/o 621 Rickey Canyon Ave
(No., street, apt./ste. no.)
DeSoto, Texas
(City, state, ZIP Code)
E-mail address (Complete ONLY if an electronic inquiry)

### SECTION 3

For Accepting or Delivery Office Use Only

Postal Service™ records show no delivery information because:

☐ Record not found
☐ Forwarded (date _____ )
☐ Returned (date _____ )

Delivered to the following individual, company or organization
RICK BARRON

Delivery Address (if different from address in section 2B)
1001 E Wran

Delivery Date
09/17/2018

Delivery Office Postmark
DEC 12 2018 DESOTO POST OFFICE

PS Form **3811-A**, April 2015 PSN 7530-02-000-9054

---

## A. TYPE OF SERVICE

☐ Certified Mail™
☐ Collect on Delivery
☐ Priority Mail Express®
☑ Registered Mail™

## C. ARTICLE INFORMATION

USPS Tracking Number
9590940235497305766146

Mailing Date (mm/dd/yy)
11/01/18

### SECTION 2

## B. ARTICLE ADDRESSED TO

Addressee Name
Bill Waybourn dba Sheriff

Addressee Address
200 Taylor Street - 7th Floor
(No., street, apt./ste. no.)
Fort Worth, TX 76196
(City, state, ZIP Code)

## D. CUSTOMER

Customer Name
McGee

Customer Address
c/o 621 Rickey Canyon Ave
(No., street, apt./ste. no.)
DeSoto, Texas
(City, state, ZIP Code)
E-mail address (Complete ONLY if an electronic inquiry)

### SECTION 3

For Accepting or Delivery Office Use Only

Postal Service™ records show no delivery information because:

☐ Record not found
☐ Forwarded (date _____ )
☐ Returned (date _____ )

Delivered to the following individual, company or organization
RICK BARRON

Delivery Address (if different from address in section 2B)
1001 E. Wran

Delivery Date
11/02/2018

Delivery Office Postmark
DEC 12 2018 POST OFFICE

PS Form **3811-A**, April 2015 PSN 7530-02-000-9054

**Exhibit 3**

**UNITED STATES DEPARTMENT OF STATE RECEIPT FOR PASSPORT SERVICES RECEIPT NUMBER: DA0071573124 AND UNITED STATES DEPARTMENT OF STATE PASSPORT WILL CALL PICKUP RECEIPT for APPLICANT: MCGEE, APPLICATION NUMBER: 551967033, BORN ON: SEP 06, 1970, ..WILL BE READY ON FRI. NOV 1 2019 1:30PM**

UNITED STATES DEPARTMENT OF STATE
PASSPORT WILL CALL PICKUP RECEIPT

---

APPLICANT:                          MCGEE
APPLICATION NUMBER:             551967033
BORN ON:                     SEP 06, 1970

THE PASSPORT(S) FOR THE ABOVE MENTIONED
APPLICANT(S) WILL BE READY ON

            FRI. NOV 1 2019 1:30PM

AND MAY BE PICKED UP ANYTIME THEREAFTER DURING
AGENCY WILL CALL HOURS OF 2:30PM

      DO NOT APPEAR BEFORE YOUR PICK-UP TIME.

IF YOU WISH TO AUTHORIZE SOMEONE ELSE TO PICK UP
YOUR PASSPORT, PLEASE COMPLETE THE FOLLOWING
STATEMENT (IF THE AUTHORIZATION IS NOT COMPLETED
PROPERLY THIS WILL RESULT IN THE PASSPORT NOT
BEING RELEASED).

I, _____
        (Print Name of Passport Bearer)

AUTHORIZE _____
          (Print Name of Authorized Person)

TO PICKUP UP MY/OUR PASSPORT(S) OR DISCUSS THE
STATUS OF MY/OUR APPLICATION(S) WITH A MEMBER
OF THE PASSPORT SERVICES STAFF.

_____
(Signature of Passport Recipient)    (Date)

UPON RECEIPT OF PASSPORT(S), PASSPORT SERVICES
STAFF WILL REQUIRE THE RECIPIENT TO PROVIDE
IDENTIFICATION AND SIGN THE LINE BELOW. PLEASE
DO NOT SIGN THE LINE BELOW WITHOUT PASSPORT
SERVICES STAFF PRESENT.

_____
(Signature of Bearer OR Authorized Person)  (Date)

FOR MORE INFORMATION, CALL THE NATIONAL PASSPORT
INFORMATION CENTER AT 1-877-487-2778, EMAIL
npic@state.gov, OR VISIT
http://www.travel.state.gov

---

UNITED STATES DEPARTMENT OF STATE
RECEIPT FOR PASSPORT SERVICES

---------------TRANSACTION SUMMARY---------------
RECEIPT NUMBER              DA0071573124
APPLICATIONS ACCEPTED                  1
DATE/TIME              10/30/2019 10:47
WINDOW                      PPTDACTR6

              FEE SUMMARY
EXPEDITE                         60.00
SECURITY SURCHARGE               60.00
BOOK                             50.00
CARD                             30.00
EXECUTION                        35.00
TOTAL FEES                      235.00

            PAYMENT RECEIVED
CASH                             18.52
CHECK/MO                        216.48
TOTAL PAYMENTS                  235.00

---

INDIVIDUAL APPLICATION INFORMATION

APPLICATION   MCGEE              551967033
  EXPEDITE                          60.00
  SECURITY SURCHARGE               60.00
  BOOK                             50.00
  CARD                             30.00
  EXECUTION                        35.00

FOR MORE INFORMATION, CALL THE NATIONAL PASSPORT
INFORMATION CENTER AT 1-877-487-2778, EMAIL
npic@state.gov, OR VISIT http://www.travel.state.gov

            NO REFUNDS AVAILABLE

               Customer Copy

**Exhibit 4**

**United States Postal Office Certified Mail 7018 1130 0002 3208 9656 and
Domestic Return Receipt 9590 9402 4972 9063 6527 79**

7018 1130 0002 3208 9632
9590 9402 4972 9063 6528 23

# NOTICE

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT



McGee, Joanthony
dba JOANTHONY LANARD MCGEE
℅ 621 Rickey Canyon Avenue
DeSoto. Texas
joanthonymcgee@gmail.com

January 4, 2021

Social Security Administration
dba SOCIAL SECURITY
Mr Miller dba Supervisor
2475 Cliff Creek Crossing Dr
Dallas, Texas 75237
(866) 931-4958 Ext 21450

**2nd NOTICE TO AMEND OR ADDENDUM SOCIAL SECURITY 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 RECORD.**

Mr Miller,
     Hope you've had a wonderful holiday despite the pandemic that has changed everything forever. I, McGee, Joanthony dba JOANTHONY LANARD MCGEE, have made multiple attempts to ask you to immediately **correct/amend/addendum** JOANTHONY LANARD MCGEE's SOCIAL SECURITY status to **Moor/America's Aboriginal national**.

In reply to your agency's office, December 10, 2020 letter, stating: "..have not given (SOCIAL SECURITY) the document(s)...need to show identity" response to Form SS-5 (11-2019) UF OMB No. 0960-0066 (lawful noncitizen) application dated November 20, 2020; has left me, McGee, Joanthony to believe that JOANTHONY LANARD MCGEE is being discriminated against because of my religion and/or national origin.
I, McGee, Joanthony dba JOANTHONY LANARD MCGEE, am not a United States citizen (or United States National) and DID NOT establish(ed) United States citizenship with the Social Security Administration dba SOCIAL SECURITY and/or other contracts like i.e. birth certificate, as I was only a (baby) minor and unable to enter into these contracts and they should be deem fraudulently; see yellow side tabs of **AUTHENTICATED BOND RE326051391US No. 11683354** (Affidavit) provided November 20, 2020, via United States Postal Office Certified Mail #7018 1130 0002 3208 9656 and **THE DAILY COMMERCIAL RECORD** (an adjudicated newspaper) **PUBLISHER'S AFFIDAVIT**, an Authenticated **PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA from March 1933 to June 1934 of TREATY OF MOROCCO, September 16, 1836**, evidently received on November 25, 2020, by your agency's office via United States Post Office Domestic Return Receipt 9590 9402 4972 9063 6527 79.
Social Security Administration dba SOCIAL SECURITY, the current status of Social Security 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 and your agency office policies has caused and will continue to cause me, McGee, Joanthony dba JOANTHONY LANARD MCGEE outrageous injuries if not immediately corrected; is believed to be a direct violation to the Treaty of Morocco 1836 and the Bond RE326051391US No. 11683354.

Sincerely,

McGee, Joanthony
dba JOANTHONY LANARD MCGEE

**Exhibit 5**

**Notice: CPZ1C**



Department of the Treasury
Internal Revenue Service
P.O. Box 69
Memphis, TN 38101-0069

| Notice | CP71C |
| --- | --- |
| Tax Year | 2009 |
| Notice date | August 30, 2021 |
| Taxpayer ID number | 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 |
| To contact us | 800-829-3903 |
| Your Caller ID | 106632 |
| Page 1 of 4 | 29H |

113756.151825.71348.8537 1 AV 0.398 697



JOANTHONY MCGEE
550 THE MEADOWS PKWY
DESOTO TX 75115-4653

113756

Annual reminder of balance due taxes for tax year 2009

# Amount due: $8,055.43

We're required to send you this annual
reminder explaining the amount you still owe
for your 2009 (Form 1040) taxes.

If you are already working with us to address
the amount you owe, you have an installment
agreement, or we notified you that we
suspended enforced collection on your account,
you don't need to do anything.

To prevent interest and applicable penalties
from continuing to increase, pay the amount
due by September 20, 2021.

### Billing Summary

| | |
| --- | --- |
| Amount you owe | $8,055.43 |
| **Amount due by September 20, 2021** | **$8,055.43** |

Continued on back...

---



JOANTHONY MCGEE
550 THE MEADOWS PKWY
DESOTO TX 75115-4653

| Notice | CP71C |
| --- | --- |
| Notice date | August 30, 2021 |
| Taxpayer ID number | 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 |



# Payment

- Make your check or money order payable to the United States Treasury.
- Write your taxpayer identification number (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), the tax year (2009), and
  the form number (1040) on your payment and any correspondence.

**Amount due by September 20, 2021**

| $8,055.43 |
| --- |

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0115

451331595 HQ MCGE 30 O 200912 670 00000805543

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Envelope ID: 59402208
Status as of 11/26/2021 8:01 PM CST

Associated Case Party: Dba. Tonya Williams-Wallace dba Operations Manager, AM
OPs 1

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Lowery | | USATXS.CivilNotice@usdoj.gov | 11/22/2021 4:32:14 PM | SENT |

Associated Case Party: Dba. Mr Miller dba Supervisor

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer  BLowery | | ogc.dallas.sdtx@ssa.gov | 11/22/2021 4:32:14 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer  BLowery | | ogc.dallas.sdtx@ssa.gov | 11/22/2021 4:32:14 PM | SENT |

Associated Case Party: Bureau of Consular Affairs

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Lowery | | USATXS.CivilNotice@usdoj.gov | 11/22/2021 4:32:14 PM | SENT |

Associated Case Party: Internal Revenue Service

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Lowery | | USATXS.CivilNotice@usdoj.gov | 11/22/2021 4:32:14 PM | SENT |

Associated Case Party: Dba. Ian G. Brownlee dba Principal Deputy Assistant
Secretary

| Name |
|------|

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 59402208
Status as of 11/26/2021 8:01 PM CST

Associated Case Party: Dba. Ian G. Brownlee dba Principal Deputy Assistant Secretary

| Jennifer Lowery | | USATXS.CivilNotice@usdoj.gov | 11/22/2021 4:32:14 PM | SENT |

## NO. D-1-GN-21-006932

| | | |
|---|---|---|
| THE STATE OF TEXAS<br>Plaintiff | § § § | |
| v. | § § | DISTRICT COURT 53RD<br>TRAVIS COUNTY, TEXAS |
| Bureau of Consular Affairs;<br>Dba. Ian G. Brownlee dba Principal Deputy Assistant Secretary<br>Social Security Administration;<br>Dba. Mr Miller dba Supervisor;<br>Internal Revenue Service;<br>Dba. Tonya Williams-Wallace dba Operations Manager, AM OPs 1;<br>Defendant(s) | § § § § § § § | |

### BOND – RELATOR

**KNOW ALL MEN BY THESE PRESENTS,** **WHEREAS**, only fiat money exists in circulation for the discharge of debt:

**WHEREAS**, on the ___ day of _____ 20__, in the DISTRICT COURT 53RD, TRAVIS COUNTY, TEXAS, I, JOANTHONY LANARD MCGEE, relator issue this bond to discharge all debt in CAUSE NO. _____ dischargeable as mandated by public policy through UCC Contract Trust Account RE326052136US-451331595;

**NOW, THEREFORE**, I, JOANTHONY MCGEE, principal, am held and bound to pay *Clerk* the sum of $_____.

I acknowledge the bond is conditioned that this cause shall be prosecuted, and shall pay off and satisfy any judgment determined for _____.

### Oath Of Surety

**BEFORE ME**, the undersigned authority, on this day is worth the sum of $2,200,000,000 dollars, over and above all just debts and liabilities, said property subject to execution and sale, and that relator's property consists of: UCC FINANCING STATEMENT 18-0004986703

By:_____
Surety's Signature

**ISSUED AND SIGNED** this the _____ day of _____, 20__.

_____
_____ Clerk _____
_____ COUNTY, _____

12/3/2021 3:57 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-21-006932
Jessica A. Limon

**NO.** D-GN-21-006932

| | |
|---|---|
| THE STATE OF TEXAS<br>Plaintiff<br><br>v.<br><br>Bureau of Consular Affairs;<br>Dba. Ian G. Brownlee dba Principal Deputy Assistant Secretary<br>Social Security Administration;<br>Dba. Mr Miller dba Supervisor;<br>Internal Revenue Service;<br>Dba. Tonya Williams-Wallace dba Operations Manager, AM OPs 1;<br>Defendant(s) | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

DISTRICT COURT 53RD
TRAVIS COUNTY, TEXAS

## VERIFICATION

**Before me**, the undersigned notary public, on this day personally appeared Jo Ali TR, 1st lienholder estate beneficial owner of the spiritual religious McGee, Joanthony Dba. JOANTHONY LANARD MCGEE, known to me, who after affirming, upon his affirmation stated that he is the Relator in the WRIT OF QUO WARRANTO cause; that he has read the foregoing document; and that every statement contained therein is true and correct with his personal knowledge.

_____
Affiant

AFFIRM TO and SUBSCRIBED before me on 12/03/2021.

_____
Notary Public, State of Texas

CHANTELLE DIONNE FORBES
Notary ID #13275476B
My Commission Expires
October 29, 2024

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 59700594
Status as of 12/4/2021 11:13 AM CST

Associated Case Party: DBA MR MILLER

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer  BLowery | | ogc.dallas.sdtx@ssa.gov | 12/3/2021 3:57:46 PM | SENT |

Associated Case Party: Dba. Tonya Williams-Wallace dba Operations Manager, AM OPs 1

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Lowery | | USATXS.CivilNotice@usdoj.gov | 12/3/2021 3:57:46 PM | SENT |

Associated Case Party: BUREAU OF CONSULAR AFFAIRS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Lowery | | USATXS.CivilNotice@usdoj.gov | 12/3/2021 3:57:46 PM | SENT |

Associated Case Party: INTERNAL REVENUE SERVICE

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Lowery | | USATXS.CivilNotice@usdoj.gov | 12/3/2021 3:57:46 PM | SENT |

Associated Case Party: DBA IAN G BROWNLEE

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Lowery | | USATXS.CivilNotice@usdoj.gov | 12/3/2021 3:57:46 PM | SENT |

**NO.** D-GN-21-006932

| | | |
|---|---|---|
| THE STATE OF TEXAS<br>Plaintiff | § § § § § § § § § § § § | |
| v. | | |
| Bureau of Consular Affairs;<br><small>Dba. Ian G. Brownlee dba Principal Deputy Assistant Secretary</small><br>Social Security Administration;<br>Dba. Mr Miller dba Supervisor;<br>Internal Revenue Service;<br><small>Dba. Tonya Williams-Wallace dba Operations Manager, AM OPs 1;</small><br>Defendant(s) | | DISTRICT COURT 53RD<br>TRAVIS COUNTY, TEXAS |

## ORDER

On _____ ___, 20___, the court considered the petition for leave to file an information in the nature of quo warranto court of the relator in the above action,  the Jo Ali Trust, on behalf of the State of Texas, against defendant(s) Bureau of Consular Affairs; Dba. Ian G. Brownlee dba Principal Deputy Assistant Secretary; Social Security Administration; Dba. Mr Miller dba Supervisor; Internal Revenue Service; Dba. Tonya Williams-Wallace dba Operations Manager, AM OPs 1, the WRIT OF QUO WARRANTO.  The court, having read and considered the petition and information, is satisfied that there is a proper ground for these proceedings, and that leave to file the relator's information should be granted:

Therefore, the court grants relator leave to file the information in the nature of quo warranto on behalf of the state of Texas, against defendant Texas Department of Banking; Dba. Charles G. Cooper dba Commissioner. The court further orders the clerk of this court issue proper citation to the defendants, requiring them to respond within _____ days to the petition and information.

Signed on ___ / ___ / 20___.

_____
Honorable District Judge

**Before me**, the undersigned notary public, on this day personally appeared Jo Ali TR, 1st lienholder estate beneficial owner of the spiritual religious McGee, Joanthony Dba. JOANTHONY LANARD MCGEE, known to me, who after affirming, upon his affirmation stated that he is the relator in the above-captioned cause; that he has read the foregoing document; and that every statement contained therein is true and correct with his personal knowledge.

_____
Affiant

AFFIRM TO and SUBSCRIBED before me on 12/03/2021.

CHANTELLE DIONNE FORBES
Notary ID #132754768
My Commission Expires
October 29, 2024

_____
Notary Public, State of Texas

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 59700594
Status as of 12/4/2021 11:13 AM CST

Associated Case Party: DBA MR MILLER

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jennifer  BLowery | | ogc.dallas.sdtx@ssa.gov | 12/3/2021 3:57:46 PM | SENT |

Associated Case Party: Dba. Tonya Williams-Wallace dba Operations Manager, AM OPs 1

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jennifer Lowery | | USATXS.CivilNotice@usdoj.gov | 12/3/2021 3:57:46 PM | SENT |

Associated Case Party: BUREAU OF CONSULAR AFFAIRS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jennifer Lowery | | USATXS.CivilNotice@usdoj.gov | 12/3/2021 3:57:46 PM | SENT |

Associated Case Party: INTERNAL REVENUE SERVICE

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jennifer Lowery | | USATXS.CivilNotice@usdoj.gov | 12/3/2021 3:57:46 PM | SENT |

Associated Case Party: DBA IAN G BROWNLEE

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jennifer Lowery | | USATXS.CivilNotice@usdoj.gov | 12/3/2021 3:57:46 PM | SENT |